# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEKSANDER POPARIC, individually, | Case No. |
| Plaintiff, | **COMPLAINT FOR:** |
| v. | 1) **COPYRIGHT INFRINGEMENT; and** |
| LINCOLN SQUARE VIDEO, a business entity of unknown origin; NIHAD NEZIC; ANITA KOSTIC; DUSKO VUKMIROVIC; LADYBUG BOOKSTORE, INC., an Illinois corporation; BOSNA VIDEO, a business of unknown origin; RASIM SILAHIC; SRPSKA TRADICIJA, LTD, an Illinois corporation.; DSD DELICATESSEN, INC., an Illinois corporation; BELRADA, a business entity of unknown origin; FLOBODANKA KECMAN; V.A.M.D., INC. an Illinois corporation dba HARCZAK'S SAUSAGE; TASTE OF EUROPE, LLC, an Indiana corporation;  ; and DOES 1 through 20, inclusive, | 2) **UNFAIR COMPETITION.** **JURY TRIAL DEMANDED** FILED: JUNE 18, 2008 08CV3491 JUDGE KOCORAS MAGISTRATE JUDGE MASON PH |
| Defendants. | |

Plaintiff ALEKSANDER POPARIC complains of Defendants as follows:

1.     This is an action for preliminary and permanent injunctive relief as well as damages arising out of copyright infringement in violation of *The Copyright Act of 1976*, 17 U.S.C. §101, *et seq.*; and for unfair competition arising under the common law of the State of Illinois and 15 U.S.C. § 1125(a).

2.     The Court has subject matter jurisdiction over the subject matter of this action under 28 U.S.C. § 1331, 1337, 1338 and 1367.

3.     Venue in this action is properly within the Northern District of Illinois pursuant to 28 U.S.C.§ 1391(a) and (b) because a substantial part of the events which give rise to Plaintiff's  claims occurred in this District.

1                             **THE PARTIES**

2       4.   Plaintiff ALEKSANDER POPARIC (hereinafter "Poparic") is an

3 individual residing in the County of Los Angeles, State of California.  Poparic is

4 an entertainment industry executive who owns two entertainment companies,

5 MNN Media, Inc. (hereinafter "MNN") and RobnaKuca.com.

6       5.   Plaintiff is informed and believes and thereon alleges that Defendant,

7 LINCOLN SQUARE VIDEO, a business entity of unknown origin(hereinafter

8 "Lincoln"), is a business entity of unknown origin, with its principal place of

9 business located in the County of Cook, State of Illiniois.

10       6.   Plaintiff is informed and believes, and thereon alleges, that at all

11 times material hereto, that Defendant NIHAD NEZIC (hereinafter "Nezic"), is an

12 individual who resides in the County of Cook, State of Illinois.  Plaintiff is

13 informed and believes and thereon alleges that Nezic is an owner of Lincoln, and

14 Nezic, along with ANITA KOSTIC and DUSKO VUKMIROVIC  operate and

15 control same.

16       7.   Plaintiff is informed and believes, and thereon alleges, that at all

17 times material hereto, Defendant ANITA KOSTIC,(hereinafter "Kostic"), is an

18 individual who resides in the County of Cook, State of Illinois.  Plaintiff is

19 informed and believes and thereon alleges that Kostic is an owner of Lincoln, and

20 Kostic, Nezic and DUSKO VUKMIROVIC operates and controls same.

21       8.   Plaintiff is informed and believes, and thereon alleges, that at all

22 times material hereto, that Defendant DUSKO VUKMIROVIC(hereinafter

23 "Vukmirovic"), is an individual who resides in the County of Cook, State of

24 Illinois.  Plaintiff is informed and believes and thereon alleges that Kostic is an

25 owner of Lincoln, and Kostic, Nezic and Vukmirovic operate and control same.

26       9.   Plaintiff is informed and believes and thereon alleges that Defendant,

27 LADYBUG BOOKSTORE, INC., an Illinois corporation (hereinafter "Ladybug"),

28 is a corporation organized and existing pursuant to the laws of the state of Illinois,

with its principal place of business located in the County of Cook, State of

1    Illiniois.

2        10.    Plaintiff is informed and believes, and thereon alleges, that at all

3    times material hereto, that Defendant BOSNA VIDEO ("Bosna") is a business of

4    unknown origin with its principal place of business located in the County of Cook,

5    State of Illinois.

6        11.    Plaintiff is informed and believes, and thereon alleges, that at all

7    times material hereto, that Defendant RASIM SILAHIC,(hereinafter "Silahic"), is

8    an individual who resides in the County of Cook, State of Illinois.  Plaintiff is

9    informed and believes and thereon alleges that Silahic, is an the owner of Bosna

10   who operates and controls same.

11       12.    Plaintiff is informed and believes and thereon alleges that Defendant,

12   SRPSKA TRADICIJA, LTD, an Illinois corporation(hereinafter "Srpska"), is a

13   corporation organized and existing pursuant to the laws of the state of Illinois,

14   with its principal place of business located in the County of Cook, State of

15   Illiniois.

16       13.    Plaintiff is informed and believes and thereon alleges that Defendant,

17   DSD DELICATESSEN, INC., an Illinois corporation (hereinafter "DSD"), is a

18   corporation organized and existing pursuant to the laws of the state of Illinois,

19   with its principal place of business located in the County of Cook, State of

20   Illiniois.

21       14.    Plaintiff is informed and believes and thereon alleges that Defendant,

22   BELRADA (hereinafter "Belrada"), a business entity of unknown origin has its

23   principal place of business located in the County of Cook, State of Illiniois.

24       15.    Plaintiff is informed and believes, and thereon alleges, that at all

25   times material hereto, that Defendant FLOBODANKA KECMAN,(hereinafter

26   "Kecman"), is an individual who resides in the County of Cook, State of Illinois.

27   Plaintiff is informed and believes and thereon alleges that Kecman the owner of

28   Belrada who operates and controls same.

         16.    Plaintiff is informed and believes and thereon alleges that Defendant,

1   V.A.M.D., INC.an Illinois corporation  dba HARCZAK'S SAUSAGE (hereinafter

2   "Harczak"), is a corporation organized and existing pursuant to the laws of the

3   state of Illinois, with its principal place of business located in the County of Cook,

4   State of Illiniois.

5         17.   Plaintiff is informed and believes and thereon alleges that Defendant,

6   TASTE OF EUROPE, LLC, an Indiana corporation(hereinafter "Taste"), is a

7   corporation organized and existing pursuant to the laws of the state of Indiana,

8   with its principal place of business located in the County of Lake, State of

9   Illiniois.  Plaintiff is informed and believes and thereon alleges that Taste

10  maintains systematic and continuous contacts with the State of Illinois, thereby

11  subjecting it to general jurisdiction here.

12        18.   Plaintiff is informed and believes, and thereon alleges, that at all times

13  material hereto, each of the Defendants, including those named herein as DOES,

14  are the agents, representatives, servants and employees of the remaining

15  Defendants, and that all of the acts herein alleged were done in the course and

16  scope of such agency and employment.  Plaintiff is further informed and believes,

17  and thereon alleges, that each of the Defendants is legally responsible for the

18  events that happened referred to herein, and have proximately caused Plaintiff's

19  damages hereinafter alleged.

20        **FACTS COMMON TO ALL CAUSES OF ACTION**

21        19.   Plaintiff is informed and believes and thereon alleges that Centar

22  Film (hereinafter "Centar") was the original owner of the copyrights to seventy-

23  one (71) motion pictures (hereinafter "copyrighted works") which were produced

24  in Yugoslavia.  A true and correct copy of the Centar Film Program, which is a list

25  of the copyrighted works, is attached hereto as Exhibit "A" and incorporated

26  herein by reference as though fully set forth.

27        20.   Plaintiff is informed and believes and thereon alleges that Centar sold

28  all right, title and interest copyrights to the copyrighted works to a company called

ZMEX.

21.    On or about October 20, 2004, for valuable consideration received, ZMEX assigned all right, ownership, title and interest in and to the copyrights in the copyrighted works to Poparic, for the territories of the United States and Canada.  A true and correct copy of said assignment of copyrights is attached hereto as Exhibit "B" and incorporated herein by reference as though fully set forth herein.

22.    From or about January 28, 2005 through October 12, 2005, Poparic caused the copyrights to the subject motion pictures to be registered with the United States Copyright Office, and was issued the Certificates of Registration bearing the following titles and registration numbers:

| Copyrighted Work of Art | Registration No. |
| --- | --- |
| Drugi Covek | 1-292-396 |
| Dnevnik Uvreda | 1-292-397 |
| Plasticni Isus | 1-292-398 |
| Varljivo Leto 68 | 1-292-399 |
| Virdzina | 1-292-400 |
| Tri Karte Za Holivud | 1-292-401 |
| Suton | 1-292-402 |
| Boj Na Kosovu | 1-292-403 |
| Maratonci Trce Pocasni Krug | 1-292-406 |
| Miris Poljskog Cveca | 1-292-407 |
| Nacionalna Klasa | 1-292-408 |
| Neka Druga Zena | 1-292-409 |
| Nesto Izmeoju | 1-292-410 |
| Ambasador Je Ubijen U Stokholmu | 1-292-411 |
| I Bog Stvori Kafansku Pevacicu | 1-292-412 |
| Bosko Buha | 1-292-413 |
| Brat Doktora Homera | 1-292-414 |
| Budenje Pacova | 1-292-415 |

| | | |
|---|---|---|
| 1 | Crevno Usijanje | 1-292-416 |
| 2 | Cuvar Plaze U Zimskom Periodu | 1-292-417 |
| 3 | Davitelj Protiv Davitelja | 1-292-418 |
| 4 | DB Zatvara Krug | 1-292-419 |
| 5 | Decak I Violina | 1-292-420 |
| 6 | Devojacki Most | 1-292-421 |
| 7 | Devojka Sa Kosmaja | 1-292-422 |
| 8 | Hasanaginica | 1-292-423 |
| 9 | Idemo Dalje | 1-292-424 |
| 10 | Igmanski Mars | 1-292-425 |
| 11 | Kad Budem Mrtav I Beo | 1-292-426 |
| 12 | Kisa | 1-292-427 |
| 13 | Ko To Tamo Peva | 1-292-428 |
| 14 | Koraci Kroz Maglu | 1-292-429 |
| 15 | Krava Bajka | 1-292-430 |
| 16 | Kosava | 1-292-430 |
| 17 | Lager Nis | 1-292-432 |
| 18 | Leptirov Oblak | 1-292-433 |
| 19 | Noz | 1-292-434 |
| 20 | Opasan Trag | 1-292-435 |
| 21 | Operacija Beograd | 1-292-436 |
| 22 | O Pokojniku Sve Najlepse | 1-292-437 |
| 23 | Pas Koji Je Voleo Vozove | 1-292-438 |
| 24 | Pavle Pavlovic | 1-292-439 |
| 25 | Petrijin Venac | 1-292-440 |
| 26 | Paviljon VI | 1-292-441 |
| 27 | Poseban Tretman | 1-292-442 |
| 28 | Poslednja Oaza | 1-292-443 |
| | Protiv Kinga | 1-292-444 |

| | | |
|---|---|---|
| 1 | Pusti Snovi | 1-292-445 |
| 2 | Sarajevski Atentat | 1-292-446 |
| 3 | Silom Otac | 1-292-447 |
| 4 | Siroma Sam Al Sam Besan | 1-292-448 |
| 5 | Specijalno Vaspitanje | 1-292-449 |
| 6 | Suncokreti | 1-292-450 |
| 7 | Svet Koji Nestaje | 1-292-451 |
| 8 | Tajvanska Kanasta | 1-292-452 |
| 9 | Vuk Sa Prokletija | 1-292-453 |
| 10 | Zaseda | 1-292-454 |
| 11 | Zemaljski Dani Teku | 1-292-455 |
| 12 | Zuta | 1-292-456 |
| 13 | Divlje Senke | 1-293-750 |
| 14 | Za Sada Bez Dobrog Naslova | 1-293-751 |
| 15 | Dervis I Smrt | 1-293-752 |
| 16 | Nemirni | 1-293-753 |
| 17 | Poslednja Trka | 1-293-754 |
| 18 | Dani Od Snova | 1-293-755 |
| 19 | Opklada | 1-293-756 |
| 20 | Erogena Zona | 1-296-907 |

21 True and correct copies of all of said Certificates of Registration are attached
22 hereto as Exhibit "C" and incorporated herein by reference as though fully set
23 forth.  Four (4) of the copyrighted works have been filed with the U.S. Copyright
24 Office, and are in the process of being registered.

25     23.   Poparic then commenced production of DVDs of the subject motion
26 pictures for wholesale distribution in the United States and Canada.

27     24.   From October 20, 2004 to the present, Poparic has invested hundreds
28 of thousands of dollars of his own money for the acquisition the assignments of
the copyrighted works, the registration of same with the United States Copyright

1   Office and the production of the DVDs for wholesale distribution. Poparic has

2   expended said monies in an attempt to bring the copyrighted works to the markets

3   of the United States and Canada, and to create high quality DVD's of the

4   copyrighted works, so that they can be enjoyed by the Yugoslavian population in

5   the United States and Canada.

6          25.    Plaintiff is informed and believes and thereon alleges that beginning

7   at a time unknown to Plaintiff, and continuing to the present, Defendants, and each

8   of them, have engaged in repeated illegal and improper acts of copyright

9   infringement with respect to all of the copyrighted works.. These illegal acts

10  include, but are not limited to:(a)  the unauthorized reproduction of the

11  copyrighted works in DVD and VHS format (hereinafter "illegal copies"); (b) the

12  unauthorized distribution of illegal copies of the copyrighted works; © the

13  unauthorized reproduction of the packaging on DVD and VHS boxes for the

14  copyrighted works; (d)  the unauthorized distribution of the packaging on the

15  DVD and VHS boxes of copyrighted works; and (e) the unauthorized sale of

16  illegal copies of the copyrighted works.

17         26.    At no time has Plaintiff authorized any of the Defendants to

18  reproduce, adapt, distribute, sell or perform illegal copies or unauthorized copies

19  of the copyrighted works.

20         27.    On January 9, 2008, a third party purchaser who was shopping in

21  Lincoln's store, saw that many of the Copyrighted Works of Art as set forth in

22  Paragraph 22 above were on sale.  Lincoln, and its owner Nezic, then and there

23  sold two unauthorized copies Copyrighted Works of Art to said third party

24  purchaser- Ko To Tamo Peva (1-292-428) and Maratonci Trce Pocasni Krug (1-

25  292-406) to Plaintiff's agent.

26         28.    On January 9, 2008, a third party purchaser who was shopping in

27  DSD's store, reported that he saw that many of the Copyrighted Works of Art as

28  set forth in Paragraph 22 above were on sale.  DSD, then and there sold one

    unauthorized copy of a Copyrighted Work of Art to said third party purchaser-

1   Nacionalna Klasa (1-292-408) to said third party.

2       29.   On January 10, 2008, a third party purchaser who was shopping in

3   Ladybug's store, saw that many of the Copyrighted Works of Art as set forth in

4   Paragraph 22 above were on sale. Ladybug, then and there, sold one unauthorized

5   copy of a Copyrighted Works of Art to said third party purchaser- Boj Na Kosovu

6   (1-292-403).

7       30.   On January 10, 2008, a third party purchaser who was shopping in

8   Bosna's store, saw that many of the Copyrighted Works of Art as set forth in

9   Paragraph 22 above were on sale. Bosna, then and there, sold three unauthorized

10   copies of Copyrighted Works of Art to said third party purchaser- Ko To Tamo

11   Peva (1-292-428), Lepotka Poroka, Maratonci Trce Pocansi Krug (1-292-406) and

12   Bosko Buha (1-292-413).

13       31.   On January 10, 2008, a third party purchaser who was shopping in

14   Srpska's store, saw that many of the Copyrighted Works of Art as set forth in

15   Paragraph 22 above were on sale. Srpska, then and there, sold two unauthorized

16   copies of Copyrighted Works of Art to said third party purchaser- Decak I

17   Violina(1-292-420) and Davitelj Protiv Davitelja (1-292-418).

18       32.   On January 10, 2008, a third party purchaser who was shopping in

19   Belarada's store, saw that many of the Copyrighted Works of Art as set forth in

20   Paragraph 22 above were on sale. Belarada and its owner Kecman, then and there,

21   sold two unauthorized copies of Copyrighted Works of Art to said third party

22   purchaser- Maratonci Trce Pocansi Krug (1-292-406)and Kad Budem Mrtav I Beo

23   (1-292-426).

24       33.   On January 10, 2008, a third party purchaser who was shopping in

25   Harczak's store, saw that many of the Copyrighted Works of Art as set forth in

26   Paragraph 22 above were on sale. Harczak, then and there, sold two unauthorized

27   copies of Copyrighted Works of Art to said third party purchaser- Varljivo Leto

28   '68 (1-292-399) and Igmanski Mars (1-292-425).

    34.   On January 10, 2008, a third party purchaser who was shopping in

1  Taste's store, saw that many of the Copyrighted Works of Art as set forth in

2  Paragraph 22 above were on sale.  Taste, then and there, sold one unauthorized

3  copy of Copyrighted Works of Art to said third party purchaser-Petrijin Venac (1-

4  292-440) and Igmanski Mars (1-292-425).

5      35.    Plaintiff is informed and believes and thereon alleges that each

6  defendant has illegally reproduced, sold and displayed many other of the

7  Copyrighted Works, not merely those which were purchased as set forth above.

8              **FIRST CAUSE OF ACTION FOR RELIEF**

9        **(Copyright Infringement- 17 U.S. C. Section 501 *et seq.*)**

10     36.    Plaintiff incorporates paragraphs 1 through 35, inclusive, as though

11  fully set forth at this place.

12     37.    At all times material hereto, Poparic has been the owner of all right,

13  title, and interest to each of the copyrights to copyrighted works, as well as the

14  artwork on the boxes of the DVD and VHS recordings containing the copyrighted

15  works in the territories of the United States and Canada.

16     38.    Each of Poparic's copyrighted works consist of material which is

17  wholly original and each is copyrighted subject matter under the laws of the

18  United States.

19     39.    Poparic alleges upon information and belief that each of the

20  Defendants are liable for direct, contributory and/or vicarious infringement of

21  Poparic's copyrights.

22     40.    Plaintiff is informed and believes and thereon alleges that by reason

23  of Defendants', and each of their infringement and threatened infringement,

24  Plaintiff has sustained and will continue to sustain substantial injury, loss and

25  damage to his ownership rights in the copyrighted works.

26     41.    Further, irreparable harm to Plaintiff is imminent as a result of

27  Defendants', and each of their, conduct, and Plaintiff is without an adequate

28  remedy at law.  Plaintiff is entitled to an injunction restraining Defendants, and

each of them, their officers, directors, agents, employees, representatives and all

1   persons acting in concert with them from engaging in further such acts of

2   copyright infringement.

3        42.    Plaintiff is further entitled to recover from defendant the damages

4   sustained by Plaintiff as a result of Defendants', and each of their, acts of

5   copyright infringement.  Plaintiff is at present unable to ascertain the full extent of

6   the monetary damage he has suffered by reason of Defendants', and each of their,

7   copyright infringement, but Plaintiff is informed and believes, and on the basis of

8   such information and belief, alleges that Defendants have obtained such gains and

9   profits and advantages in an amount exceeding $2,000,000.00.  In the alternative,

10  Plaintiff may elect to be recover statutory damages.

11              **SECOND CAUSE OF ACTION FOR RELIEF**

12  **(Statutory and Common Law Unfair Competition and 15 U.S.C. § 1125(a)**

13  **against Defendants, and each of them.)**

14       55.    Poparic realleges and incorporates herein by reference each every

15  allegation of paragraphs 1 through 35 and 36 through 41 above, as though fully set

16  forth at this place.

17       28.    The aforementioned acts of Defendants', and each of them,

18  constitutes an unfair business practice under and unfair competition under

19  statutory and common law and 15 U.S.C. § 1125(a).

20       29.    As a direct and proximate result of Defendants, and each of their,

21  wrongful acts, Plaintiff has suffered, and will continue to suffer, lost profits,

22  damages to its business reputation and goodwill.  Defendants will continue, unless

23  restrained, to infringe upon the copyrighted works, and will cause irreparable

24  damage to Plaintiff.  Plaintiff has no adequate remedy at law, and Plaintiff is

25  entitled to an injunction restraining Defendants, their officers, agents, employees,

26  representatives and all persons acting in concert with them, from engaging in

27  further acts of unfair competition and unfair business practices.

28       30.    Plaintiff is further entitled to recover a disgorgement of all of

Defendants', and each of their, profits as a result of Defendants' wrongful acts.

Plaintiff is presently unable to ascertain the full extent of the monetary damages it has suffered as a result of Defendants' acts of unfair competition.

### On the First Cause of Action for Copyright Infringement Against Defendants, And Each of Them- 17 U.S. C. Section 501 *et seq*

1.      For a temporary restraining order, preliminary and permanent injunction enjoining and restraining Defendants, and each of them, and all persons acting in concert with Defendants from manufacturing, reproducing, distributing, adapting, displaying, advertising, promoting, offering for sale and/or selling, or performing any materials that are similar to the copyrighted works, or unauthorized reproductions of the copyrighted works, and to deliver to the Court for destruction or other reasonable disposition all such materials and means for producing same in Defendants' possession or control.

2.      For actual damages in an amount in excess of $2,000,000.00 to be determined at trial, plus interest.  In the alternative, Plaintiff may elect to recover statutory damages.

3.      For reasonable attorneys' fees and costs.

### On the Second Cause of Action for Unlawful Business Practices and Unfair Competition Against Defendants, and Each of Them

4.      For a temporary restraining order, preliminary and permanent injunction, enjoining and restraining Defendants, and each of them, and all persons acting in concert with Defendants from manufacturing, reproducing, distributing, adapting, displaying, advertising, promoting, offering for sale and/or selling, or performing any materials that are similar to the copyrighted works, or unauthorized reproductions of the copyrighted works, and to deliver to the Court for destruction or other reasonable disposition all such materials and means for producing same in Defendants' possession or control.

5.      For a disgorgement of all of Defendants' profits from selling materials that are similar to or a reproduction of the copyrighted works.

6.      For reasonable attorneys' fees and costs.

1    **On all Causes of Action:**

2        7.    For costs of suit herein;

3        8.    And for such other and further relief as the Court deems just and

4    proper.

5    DATED:      June 17, 2008            BEST, VANDERLAAN & HARRINGTON

6

7                                         _____

8                                         By:    Kimberly A. Carr
                                          Attorney for Plaintiff ALEKSANDER

9                                         POPARIC

10                            **JURY DEMAND**

11

12        Plaintiff hereby demands a trial by jury on all issues which are so triable.

13    DATED:      June 17, 2008            BEST, VANDERLAAN & HARRINGTON

14

15

16                                        By:    Kimberly A. Carr
                                          Attorney for Plaintiff ALEKSANDER

17                                        POPARIC

18

19

20

21

22

23

24

25

26

27

28

08CV3491
JUDGE KOCORAS
MAGISTRATE JUDGE MASON

PH

EXHIBIT "A"

Attachment A

CENTAR FILM Program

| | The title | Genre | Director | Prod.year |
|---|---|---|---|---|
| 1 | AMBASADOR JE UBIJEN U ŠTOKHOLMU | documentary | Ratko Ilić | |
| 2 | BRAT DOKTORA HOMERA | action | Žika Mitrović | 1968. |
| 3 | BOJ NA KOSOVU | His.drama | Zdravko Šotra | 1989. |
| 4 | BOŠKO BUHA | War drama | Branko Bauer | 1978. |
| 5 | BUĐENJE PACOVA | Drama | Živojin Pavlović | 1967. |
| 6 | VARLJIVO LETO | comedy | Goran Paskaljević | 1984. |
| 7 | VIRDŽINA | drama | Srđan Karanović | 1991. |
| 8 | VUK SA PROKLETIJA | drama | Miki Stamenković | 1968. |
| 9 | DAVITELJ PROTIV DAVITELJA | comedy | Slobodan Šijan | 1984. |
| 10 | DERVIŠ I SMRT | drama | Zdravko Velimirović | 1974. |
| 11 | DANI OD SNOVA | Drama | Vlatko Gilić | 1980. |
| 12 | DEVOJAČKI MOST | War drama | Miki Stamenković | 1976. |
| 13 | DEVOJKA SA KOSMAJA | War drama | Dragovan Jovanović | 1972. |
| 14 | DEČAK I VIOLINA | Children | Jovan Rančić | 1975. |
| 15 | DRUGI ČOVEK | thriller | Milan Rančić | 1988. |
| 16 | DIVLJE SENKE | Drama | Kokan Rakonjac | 1967. |
| 17 | DNEVNIK UVREDA | Drama | Zdravko Šotra | |
| 18 | EROGENA ZONA | Drama | Dejan Karaklajić | 1980. |
| 19 | ŽUTA | comedy | Vladimir Tadej | 1973. |
| 20 | ZEMALJSKI DANI TEKU | Drama | Goran Paskaljević | 1979. |
| 21 | ZA SADA BEZ DOBROG NASLOVA | Drama | Srđan Karanović | 1988. |
| 22 | ZASEDA | Drama | Živojin Pavlović | 1969. |
| 23 | IGMANSKI MARŠ | War drama | Zdravko Šotra | 1983. |
| 24 | IDEMO DALJE | children | Zdravko Šotra | 1982. |
| 25 | I BOG STVORI KAFANSKU PEVAČICU | drama | Jovan Živanović | 1972. |
| 26 | KIŠA | drama | Puriša Đorđević | 1972. |
| 27 | KORACI KROZ MAGLU | War drama | Žorž Skrigin | 1967. |
| 28 | KRVAVA BAJKA | War drama | Branimir-Tori Janković | 1969. |
| 29 | KAD BUDEM MRTAV I BEO | drama | Živojin Pavlović | 1967. |
| 30 | KOŠAVA | drama | Dragoslav Lazić | 1974. |
| 31 | KO TO TAMO PEVA | Comedy | Slobodan Šijan | 1980. |
| 32 | LIČNE STVARI | Drama | Aleksandar Mandić | 1979. |
| 33 | LEPOTA POROKA | comedy | Živko Nikolić | 1986. |
| 34 | LEPTIROV OBLAK | children | Zdravko Randić | 1977. |
| 35 | LAGER NIŠ | War drama | Miki Stamenković | 1987. |
| 36 | MARATONCI TRČE POČASNI KRUG | comedy | Slobodan Šijan | 1982. |
| 37 | MIRIS POLJSKOG CVEĆA | drama | Srđan Karanović | 1977. |
| 38 | NEKA DRUGA ŽENA | thriller | Miki Stamenković | 1981. |
| 39 | NACIONALNA KLASA | comedy | Goran Marković | 1979. |
| 40 | NEMIRNI | drama | Kokan Rakonjac | 1967. |
| 41 | NEŠTO IZMEĐU | drama | Srđan Karanović | 1982. |

| 42 | NOŽ | thriller | Žika Mitrović | 1967. |
| 43 | OPKLADA | drama | Zdravko Randir | 1970. |
| 44 | O POKOJNIKU SVE NAJLEPŠE | comedy | Predrag Antonijević | 1984. |
| 45 | OPASNI TRAG | thriller | Miki Stamnaković | 1984. |
| 46 | OPERACIJA BEOGRAD | War drama | Alka Mitrović | 1968. |
| 47 | POSLEDNJA TRKA | Children | Jovan Rančić | 1978. |
| 48 | PLASTIČNI ISUS | Drama | Lazar Stojanović | 1990. |
| 49 | PAVILJON 6 | Drama | Lucijan Pintilie | 1978. |
| 50 | PAS KOJI JE VOLEO VOZOVE | Drama | Goran Paskaljević | 1977. |
| 51 | PETRIJIN VENAC | Drama | Srđan Karanović | 1980. |
| 52 | POSEBAN TRETMAN | drama | Goran Paskaljević | 1980. |
| 53 | PUSTI SNOVI | Comedy | Soja Jovanović | 1968. |
| 54 | PAVLE PAVLOVIĆ | Drama | Puriša Đorđević | 1975. |
| 55 | PROTIV KINGA | Children | Dragovan Jovanović | 1974. |
| 56 | POSLEDNJA OAZA | Documentary | Petar Lalović | 1983. |
| 57 | SABIRNI CENTAR | Comedy | Goran Marković | 1989. |
| 58 | SIROMA' SAM AL' SAM BESAN | Comedy | Dragoljub Ivkov | 1970. |
| 59 | SEZONA MIRA U PARIZU | Drama | Predrag Golubović | 1981. |
| 60 | SB ZATVARA KRUG | Thriller | Miki Stamenković | 1974. |
| 61 | SPECIJALNO VASPITANJE | Drama | Goran Marković | 1977. |
| 62 | SUNCOKRETI | Children | Jovan Rančić | 1988. |
| 63 | SUTON | Drama | Goran Paskaljević | 1982. |
| 64 | SARAJEVSKI ATENTAT | Hist.drama | Fadil Hadžić | 1968. |
| 65 | SILOM OTAC | comedy | Soja Jovanović | 1969. |
| 66 | SVET KOJI NESTAJE | Documentary | Petar Lalović | 1987. |
| 67 | TAJVANSKA KANASTA | comedy | Goran Marković | 1985. |
| 68 | TRI KARTE ZA HOLIVUD | comedy | Božidar Nikolić | 1993. |
| 69 | USIJANJE | drama | Boro Drašković | 1979. |
| 70 | ČUVAR PLAŽE U ZIMSKOM PERIODU | comedy | Goran Paskaljević | 1976. |
| 71 | HASANAGINICA | drama | Mića Popović | 1967. |

..RTS Program

| | Title | Series | Duration | Series | Duration |
|---|---|---|---|---|---|
| 1 | *KAMIONDZIJE I, II* | 10 + 8 | 60 min | | |
| 2 | *OTPISANI* | 13 | 60 min | | |
| 3 | *POVRATAK OTPISANIH* | 13 | 60 min | | |
| 4 | *POZORISTE U KUCI* | 5 | 60 min | 56 | 30 min |
| 5 | *POZORISTE U KUCI* | 5 | 60 min | 56 | 30 min |
| 6 | *GRLOM U JAGODE* | 10 | 60 min | | |
| 7 | *SIVI DOM* | 12 | 60 min | | |
| 8 | *ZABORAVLJENI* | 11 | 60 min | | |
| 9 | *OTVORENA VRATA* | 33 | 40 min | | |
| 10 | *VRUC VETAR* | 10 | 60 min | | |
| 11 | *BALKAN EXPRES* | 10 | 55 min | | |
| 12 | *VISE OD IGRE* | 9 | 60 min | | |
| 13 | *GORE DOLE* | 32 | 60 min | | |
| 14 | *DIPLOMCI* | 10 | 50 min | | |
| 15 | *GOSPODJA MINISTARKA (ciklus Nusic)* | 8 | 60 min | | |
| 16 | *OBRAZ UZ OBRAZ* | 20 | 60 min | | |
| 17 | *NEVEN* | 13 +13 | 30 min | | |
| 18 | *POVRATAK DINASTIJE OBRENOVICA* | 13 | 60 min | | |

08CV3491
JUDGE KOCORAS
MAGISTRATE JUDGE MASON

PH

EXHIBIT "B"



ZMEX Izdavačko preduzeća P.O
Grčića Milenka 3, 11000 Beograd, Srbija
Tel. +381 11 39 06 068, 38 06 166, Fax. 38 06 966
Žiro račun: 160-173672-55, Delta banka

## ASSIGNMENT OF COPYRIGHTS

WHEREAS, company ZMEX (hereinafter "Assignor"), having an address in Belgrade, Juzni Bulevar 97 is the owner of copyrights following agreement with company "CENTAR FILM" No. 045/2003, for the list of items identified in Attachment A attached hereto

WHEREAS, Aleksandar Poparic, having an address at 9903 Santa Monica Blvd. #149, Beverly Hills, CA 90212 is desirous of obtaining entire copyright ownership right, title and interest in and to said copyrights for the United States and Canada, together with the good will of the copyrights, including the right to recover for past, present, and future infringement thereof;

NOW, THEREFORE, TO WHOM IT MAY CONCERN, be it known that, for good and valuable consideration receipt of which is hereby acknowledged, said ZMEX presents do hereby sells, assigns and transfers unto said Aleksandar Poparic, its successors, assigns and legal representatives, all right, ownership, title and interest in and to said copyrights listed in Attachment A attached hereto for the territories of the United States and Canada, together with the good will of the business symbolized by the copyrights, including the right to recover for past, present, and future infringement thereof in the territories of the United States and Canada.

Executed this 20th day of October, 2004.

*A. Todorovic*

ZMEX, Belgrade, Assignor
Aleksandra Todorovic, general manager,
On Behalf of the Assignor

STATE: SERBIA AND MONTENEGRO

On this 20th day of October, 2004, before me personally appeared Ms. Aleksandra Todorović, General Manager of ZMEX, to me known to be the person whose name is subscribed to the foregoing instrument, and who acknowledged that she executed said instrument as her free and voluntary act and for the uses and purposes therein expressed.

Zoran Perolo, B.S.
Sworn Court Interpreter acting as Commissioner of Oaths for the District Court in Belgrade,
Appointed by the Decision of the Republic Minister of Justice, Belgrade, Serbia
License Number No. 74-02-99/01-03
My Commission is permanent!!

08CV3491
JUDGE KOCORAS
MAGISTRATE JUDGE MASON

PH

# EXHIBIT "C'

Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-451**

| TX | PA | VA | SR | SRU |

EFFECTIVE DATE OF REGISTRATION

| 1 | 28 | 05 |
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: **SVET KOJI NESTAJE**

English translation: **The Vanishing World**

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: **CENTAR FILM**
Citizenship (when work was created): **YUGOSLAVIA**
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: **1987**
Nation: **YUGOSLAVIA**

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address: **Aleksandar Poparic**
**9903 Santa Monica Blvd 149**
**Beverly Hills CA 90212**

**b** Means by which copyright ownership was transferred (if owner is not the author):

**Assignment of all US Rights**

APPLICATION RECEIVED
**OCT 06 2005**

DEPOSIT RECEIVED
**1/28/05  DVD/L**

FUNDS RECEIVED

| EXAMINED BY | ✓ | FORM GATT |
|---|---|---|
| CHECKED BY | | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT.** If the registration does not extend to the entire work, describe the material that is covered by the registration:
*(see instructions)*

**5**

**PREVIOUS REGISTRATION.** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT.** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                                 Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☒ Same as space 4a.
                                                                                                                ☐ Same as space 9.

Area or country code and telephone number ▶ 310 478 6114    Email ▶ OFFICE@POPARA.COM    (Fax) number ▶ 310 478 6114

**CERTIFICATION** I, the undersigned, hereby certify that I am the: (Check one.)
  ☐ Author
  ☒ Owner of U.S. copyright
  ☐ Agent of _____
                    (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name: ALEKSANDAR POPARIC        Date: 6/04/07

☞ Handwritten signature (X) ▼

POPARA

| Certificate will be mailed in a window envelope to this address: | Name ▼ | ▪ Complete all necessary spaces ▪ Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ | 1. Application form 2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights 3. Deposit |
| | Aleksandar Poparic 9903 Santa Monica Blvd 149 Beverly Hills CA 90212 | |
| | City/State/ZIP/Nation ▼ | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

**9**

17 U.S.C. § 706(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

**PA 1-292-396**

EFFECTIVE DATE OF REGISTRATION:

2   7   05
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

DRUGI COVEK

PREVIOUS OR ALTERNATIVE TITLES ▼

SOME OTHER MAN , ART OF TERROR

NATURE OF THIS WORK ▼ See instructions

ENTIRE MOTION PICTURE

**2**

**a** NAME OF AUTHOR ▼

CENTAR FILM

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___YUGOSLAVIA___
Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS, MUSIC, ARRANGEMENT, SCREEN PLAY AND EDITORIAL DECISION

NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼   * Entire Motion Picture

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___
Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___
Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
1988
Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ___ Day ___ Year 1988
ONLY if this work has been published.
___YUGOSLAVIA___   Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

(are) different from the author(s) named in had ownership of the copyright. ▼

APPLICATION RECEIVED
OCT 06 2005
ONE DEPOSIT RECEIVED
2/7/05   DVD/L
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   DO NOT WRITE HERE

\* Amended by C.O. from email from Aleksandar
Poparic rec'd on October 4, 2005.

EXAMINED BY ~RG~                                    FORM PA

CHECKED BY

☑ CORRESPONDENCE                                    FOR
  Yes                                               COPYRIGHT
                                                    OFFICE
                                                    USE
                                                    ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                              Account Number ▼

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

310 478 6114

Fax number  (

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☑ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

**8**

Name of author or other copyright claimant, or owner of exclusive rights ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ALEKSANDAR POPARIC                              Date 10/04/05

Handwritten signature (X) ▼

X

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-292-397

| | 3 | 05 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

DNEVNIK UVREDA

PREVIOUS OR ALTERNATIVE TITLES ▼

THE DIARY OF INSULTS

NATURE OF THIS WORK ▼ See Instructions

ENTIRE MOTION PICTURE

**2** NAME OF AUTHOR ▼

**a** CENTAR FILM

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of YUGOSLAVIA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS, MUSIC, ARRANGEMENT, SCREENPLAY, DIRECTION, PRODUCTION

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼    Entire Motion Picture

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1995
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month AI Day 01 Year 1995
Nation YUGOSLAVIA

**4** COPYRIGHT CLAIMANT(S)

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

TRANSFER

**APPLICATION RECEIVED**
OCT 0 6 2005
**ONE DEPOSIT RECEIVED**
1/3/05 DVD/L
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

DO NOT WRITE HERE

See instructions before completing this space.

MORE ON BACK ▶ · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.   · Sign the form at line 8.

DO NOT WRITE HERE

Page 2

\* Amended by C.O. from email from Aleksandar
Poparic rec'd on October 1, 2005.

EXAMINED BY RG

CHECKED BY

☑ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b**

Area code          Fax number
Email                310 478 6114

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ALEKSANDAR POPARIC          Date 07 04 05

Handwritten signature (X) ▼

Poparic

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Form PA
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-292-398



EFFECTIVE DATE OF REGISTRATION

1    28    05
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

PLASTICNI ISUS

PREVIOUS OR ALTERNATIVE TITLES ▼

PLASTIC JESUS

NATURE OF THIS WORK ▼ See instructions

ENTIRE MOTION PICTURE

**2**
a NAME OF AUTHOR ▼

CENTAR FILM

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes    ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {  Citizen of YUGOSLAVIA
      Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼

*    Entire Motion Picture

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes    ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {  Citizen of _____
      Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes    ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {  Citizen of _____
      Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1990 Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month _____ Day _____ Year 1990
YUGOSLAVIA    Nation

**4**
COPYRIGHT CLAIMANT(S)

Aleksandar Poparic
9903 Santa Monica Blvd 148
Beverly Hills CA 90212

... even if the claimant is the same as the author given in space 2.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT 06 2005
ONE DEPOSIT RECEIVED
1/28/05 DVD/L
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
DO NOT WRITE HERE

7

☀ Ame
Poparic rec'd on October 4, 2005.

EXAMINED BY RG                    FORM PA

CHECKED BY

☑ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▼                Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

310.478-6114

b

Are
Em.                                          Fax number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☑ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ALEKSANDAR POPARIC                    Date 10/04/05

Handwritten signature (X) ▼
☞        X  Poparic

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

Number/Street/Apt ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

City/State/ZIP ▼

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1—292—399**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 1 | 3 | 05 |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

VARLJIVO LETO '68

PREVIOUS OR ALTERNATIVE TITLES ▼

THE ILUSIVE SUMMER '68

NATURE OF THIS WORK ▼ See instructions

ENTIRE MOTION PICTURE

---

**2**

**a**

NAME OF AUTHOR ▼

Centar Film

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of YUGOSLAVIA
      Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORK — MUSIC AREA DESIGN , SCREEN PLAY EDITED / EDITION

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

*    Entire Motion Picture

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
      Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
      Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1984
This information must be given �Year in all cases.

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month 08  Day 03  Year 1984
ONLY if this work has been published.
YUGOSLAVIA
Nation

---

**4**

Aleksandar Popanc
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

be given even if the claimant is the same as ...

) different from the author(s) named in ... ownership of the copyright. ▼

APPLICATION RECEIVED
OCT 06 2005
ONE DEPOSIT RECEIVED
1/3/05    DVD/L
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

\* Amended by C.O. from email from Aleksandar
Poparic rec'd on October 1, 2005.

EXAMINED BY RG
CHECKED BY
☑ CORRESPONDENCE Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼        a

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼        b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼        a

**7**

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼        b

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

310. 478 6114

Fax number (    )

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
☐ author
☐ other copyright claimant
Check only one ▶ ☐ owner of exclusive right(s)
☐ authorized agent of

**8**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ALEKSANDAR, POPARIC        Date 10/04/05

Handwritten signature (X) ▼
x

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

Number/Street ▼

City/State/ZIP ▼

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-292-480

EFFECTIVE DATE OF REGISTRATION

1    3    05
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
VIRDZINA

PREVIOUS OR ALTERNATIVE TITLES ▼
VIRGINA

NATURE OF THIS WORK ▼ See instructions
ENTIRE MOTION PICTURE

**2 a** NAME OF AUTHOR ▼
CENTAR FILM

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of YUGOSLAVIA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
MUSIC, WORDS, ...

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
   ✱   Entire Motion Picture

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1991
Year   This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ___ Day 12 Year 1991
ONLY if this work has been published.
YUGOSLAVIA
Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author.

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT 06 2005
ONE DEPOSIT RECEIVED
1/3/05 DVD/L
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.     DO NOT WRITE HERE

\* Amended by C.O. from email from Aleksandar
Poparic rec'd on October 4, 2005.

<table>
<tr><td>EXAMINED BY</td><td></td><td>FORM PA</td></tr>
<tr><td colspan="2">CHECKED BY</td><td rowspan="2">FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY</td></tr>
<tr><td>☑ CORRESPONDENCE<br>☐ Yes</td><td></td></tr>
</table>

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▼　　　**Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼　　　　　　　　　　　**Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

310. 498 6114

**b**

Area code
Email　　　　　　　　　　　　Fax number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
☐ author
☑ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of
Check only one ▶
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
ALEKSANDAR POPARIC　　　　　Date 10/04/05

Handwritten signature (X) ▼
X Poparic

<table>
<tr><td rowspan="3">Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address:</td><td>Name ▼</td><td rowspan="3">Aleksandar Poparic<br>9903 Santa Monica Blvd 149<br>Beverly Hills CA 90212</td><td>• Complete all necessary spaces<br>• Sign your application in space 8</td><td rowspan="3">**9**</td></tr>
<tr><td>Number/Street/Apt ▼</td><td>1. Application form<br>2. Nonrefundable filing fee in check or money<br>order payable to Register of Copyrights<br>3. Deposit material ▼<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000</td></tr>
<tr><td>City/State/ZIP ▼</td></tr>
</table>

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

Certificate of Registratio.



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-292-401

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 1 | 3 | 05 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

TRI KARTE ZA HOLIVUD

PREVIOUS OR ALTERNATIVE TITLES ▼

THREE TICKETS TO HOLLYWOOD

NATURE OF THIS WORK ▼ See instructions

ENTIRE MOTION PICTURE

**2**

**a**

NAME OF AUTHOR ▼

Centar Film

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of YUGOSLAVIA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

**b**

NAME OF AUTHOR ▼

\* Entire Motion Picture

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1993
Year   in all cases.

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ___ Day ___ Year 1993
ONLY if this work has been published.
YUGOSLAVIA   Nation

**4**

COPYRIGHT CLAIMANT(S)

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

TRANSFER

APPLICATION RECEIVED
OCT 06 2005

ONE DEPOSIT RECEIVED
1 / 3 / 05   DVD/L

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

\* Amended by C.O. from email from Aleksandar
Poparic rec'd on October 4, 2005.

EXAMINED BY RG

CHECKED BY

☑ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼    **a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼    **b**

See instructions
before completing
this space.

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼    **a**

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼    **b**

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

310 478 6114

Fax number    (          )

Email

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ALEKSANDAR POPARIC          Date 10/04/05

Handwritten signature (X) ▼

**9** Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Aleksandar Poparic
Number/Street/Apt ▼
9903 Santa Monica Blvd 149
City/State/ZIP ▼
Beverly Hills CA 90212

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-292-402**

EFFECTIVE DATE OF REGISTRATION:

| 1 | 28 | 05 |
|---|---|---|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

*SUTON*

PREVIOUS OR ALTERNATIVE TITLES ▼

*TWILIGHT TIME*

NATURE OF THIS WORK ▼ See instructions

*ENTIRE MOTION PICTURE*

---

**2 a** NAME OF AUTHOR ▼

*CENTAR FILM*

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of *YUGOSLAVIA*
{ Domiciled in

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

*WORDS MUSIC ARRANGEMENT SCREEN PLAY CINEMATIC REVISION*

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

*   Entire Motion Picture

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
{ Domiciled in

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
{ Domiciled in

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
*1983*  Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month   Day 25   Year 1983
Nation *YUGOSLAVIA*

---

**4** COPYRIGHT CLAIMANT(S)

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

APPLICATION RECEIVED
OCT 06 2005
ONE DEPOSIT RECEIVED
1/28/05   DVD/L
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   DO NOT WRITE HERE

\* Amended by C.O. from email from Aleksandar
Poparic rec'd on October 7, 2005.

EXAMINED BY ~~RG~~

CHECKED BY

☑ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼    a

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼    b

**6**

See instructions
before completing
this space.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                        **Account Number** ▼    a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼    b

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

310.478.6114

Fax number (    )

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☒ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

ALEKSANDAR DODARIC                    Date 10/04/05

Handwritten signature (X) ▼

X Popari

---

Certificate
will be
mailed in
window
envelope
to this
address:

**Name ▼**

Aleksandar Poparic

**Number/Street/Apt ▼**

9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**City/State/ZIP ▼**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

---

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

**PA 1-292-483**

PA　　　　PAU

EFFECTIVE DATE OF REGISTRATION

1　　3　　05
Month　　Day　　Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
**BOO NA KOSOVU**

PREVIOUS OR ALTERNATIVE TITLES ▼
**BATTLE OF KOSOVO**

NATURE OF THIS WORK ▼ See instructions
**ENTIRE MOTION PICTURE**

**2**

**a**

NAME OF AUTHOR ▼
**CENTAR FILM**

DATES OF BIRTH AND DEATH
Year Born ▼　Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of **YUGOSLAVIA**
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?　☐ Yes ☒ No
Pseudonymous?　☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼
＊ Entire Motion Picture

DATES OF BIRTH AND DEATH
Year Born ▼　Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?　☐ Yes ☐ No
Pseudonymous?　☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼　Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?　☐ Yes ☐ No
Pseudonymous?　☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
**1989** Year

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month **04** Day _____ Year **1989**
ONLY if this work has been published.
Nation **YUGOSLAVIA**

**4**

COPYRIGHT CLAIMANT(S)

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

APPLICATION RECEIVED
**OCT 06 2005**

ONE DEPOSIT RECEIVED
**1/3/05** DVD/L

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

\* Amended by C.O. from email from Aleksandar
-Poparic rec'd on October 4, 2005.

| EXAMINED BY ⟨RG⟩ | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a

**6**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

310-478-6114
Fax number

Area
code

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ►
☐ author
☑ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ALEKSANDAR POPARIC     Date 10/04/05

Handwritten signature (X) ▼
☞     Poparic

| Certificate will be mailed in window envelope to this address: | Name ▼ | **9** |
| --- | --- | --- |
| | Aleksandar Poparic | • Complete all necessary spaces • Sign your application in space 8 |
| | Number/Street/Apt ▼ | |
| | 9903 Santa Monica Blvd 149 | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ | |
| | Beverly Hills CA 90212 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# Certificate of Registratio.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1—292—406**

PA     VA     SR     SRU

EFFECTIVE DATE OF REGISTRATION

1  3  05
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: MARATONCI TRCE POCASNI KRUG

English translation: The Marathon Family

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

---

**2 a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

---

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1982

Nation: YUGOSLAVIA

---

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address:  Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212



**b** Means by which copyright ownership was transferred (if owner is not the author):

assignment of all U.S Rights.

APPLICATION RECEIVED
OCT 06 2005

DEPOSIT RECEIVED
1/3/05  DVD /

FUNDS RECEIVED

DO NOT WRITE IN THIS OFFICE USE ONLY

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☑ Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If this registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                                    Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.     ☑ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310. 478. 6114     Email ▶ APIC@GMAIL.COM     number ▶ 310. 478. 6114

**CERTIFICATION*** I, the undersigned, hereby certify that I am the (Check one )
☐ Author
☑ Owner of U. S. copyright
☐ Agent of _____
(Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: ALEKSANDAR POPARIC     Date: 6/04/05

☞ Handwritten signature (X) ▼

**8**

Certificate
will be
mailed in
window
envelope to
this
address:

Name ▼

Number/Street/Apt ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

City/State/ZIP/Nation ▼

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-292-487

TX    PA    VA    SR    SRU
EFFECTIVE DATE OF REGISTRATION

1    28    05
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1**

**a** TITLE: MIRIS POLJSKOG CVECA

English translation: The Fragrance Of Wild Flowers

**b** DESCRIPTION OF THE WORK: (Check one or more)
☐ literary work
☐ musical work, including any accompanying words
☐ dramatic work, including any accompanying music
☐ pantomime or choreographic work

☐ pictorial, graphic, or sculptural work
☒ motion picture or other audiovisual work
☐ architectural work
☐ sound recording, created in _____ (year)

**2**

**a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1977

Nation: YUGOSLAVIA

**4**

**a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address: Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred
(if owner is not the author):

assignment of all U.S. Rights

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
1/28/05 DVD/L

FUNDS RECEIVED



EXAMINED BY RG

CHECKED BY

CORRESPONDENCE
Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                          Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☒ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310.478.6114    Email ▶ FILIP@XXXXALLICA    Fax number ▶ 310.478.6114

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one )
☐ Author
☒ Owner of U. S. copyright
☐ Agent of _____
(Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name: ALEKSANDAR POPARIC    Date: 10/04/05

Handwritten signature (X) ▼
Popar A.

**9**

Certificate will be mailed in a window envelope to this address:

Name ▼
Number/Street ▼
City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

• Complete all necessary spaces
• Sign your application in space 8

1. Application form 3. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights 3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registratic



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-408**

TX    PA    VA    SR    SRU
EFFECTIVE DATE OF REGISTRATION

1    3    05
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

## 1
### a
TITLE: **NACIONALNA KLASA**

English translation: **National Class**

### b
DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

## 2
### a
AUTHOR(S):
Name: **CENTAR FILM**
Citizenship (when work was created): **YUGOSLAVIA**
Domicile (when work was created):
Date of death:

### b
Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

## 3
YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: **1979**

Nation: **YUGOSLAVIA**

## 4
### a
OWNER(S) OF U.S. COPYRIGHT:
Name:

Address:    Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

### b
Means by which copyright ownership was transferred (if owner is not the author):

**assignment of all US. Rights**

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED
OCT 06 2005

DEPOSIT RECEIVED
1/3/05

FUNDS RECEIVED

| EXAMINED BY ℞G | FORM GATT |
|---|---|
| CHECKED BY | |
| ☑ CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by this registration:
*(see instructions)*

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                                 Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☑ Same as space 4a. ☐ Same as space 9.

Area or country code and telephone number ▶ 310. 472. 6114      Email ▶ ___ P@EURVAN ___ Fax number ▶ 310. 472. 6114

**8**

**CERTIFICATION** I, the undersigned, hereby certify that I am the: (Check one ).
☐ Author
☑ Owner of U. S. copyright
☐ Agent of _____
_____(Name of author or owner of U.S. copyright)_____
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▶ ALEKSANDAR  POPARIC      Date ▶ 6 / 04 / 05

👉 Handwritten signature (X) ▼
Poparic

**9**

Certificate will be mailed in a window envelope to this address:

Name ▼
Number/Street/Apt ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

City/State/ZIP/Nation ▼

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM GATT**
Rare Assured Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-292-409

TX ..... (PA) ... VA .... SR .... SRU

EFFECTIVE DATE OF REGISTRATION

| | 28 | 05 |
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1**

**a** TITLE: NEKA DRUGA ZENA

English translation: Some Other Woman

**b** DESCRIPTION OF THE WORK: (Check one or more)
- □ literary work
- □ musical work, including any accompanying words
- □ dramatic work, including any accompanying music
- □ pantomime or choreographic work
- □ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- □ architectural work
- □ sound recording, created in _____ (year)

**2**

**a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1981
Nation: YUGOSLAVIA

**4**

**a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address: Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (if transferee is not the author):
assignment of all US. Rights

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
1-28-05

FUNDS RECEIVED
DVD/L

EXAMINED BY **26**

CHECKED BY

☑ CORRESPONDENCE
   Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                                    Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.     ☒ Same as space 4a.
                                                                                                                ☐ Same as space 9.

Area or country code and telephone number ▶ 310. 478. 6114     Email ▶ _____     Fax number ▶ 310. 478. 6114

**CERTIFICATION** I, the undersigned, hereby certify that I am the: (Check one)
☐ Author
☒ Owner of U.S. copyright
☐ Agent of _____
                        (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▶ ALEKSANDAR POPARIC                    Date ▶ 6/04/05

☞ Handwritten signature (X) ▼
                                        Popar

**8**

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registratio.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
For a Renewed Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-292-410

| TX | (PA) | VA | PR | SRU |

EFFECTIVE DATE OF REGISTRATION

| 1 | 28 | 05 |
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1**

**a** TITLE: *NESTO IZMEDJU*

English translation: *Something In Between*

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2**

**a** AUTHOR(S):
Name: *CENTAR FILM YUGOSLAVIA*
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: *1982*
Nation: *YUGOSLAVIA*

**4**

**a** OWNER(S) OF U.S. COPYRIGHT:
Name: ALEKSANDAR POPARIC
Address: 9903 SANTA MONICA 149
BEVERLY HILLS CA 90212

**b** Means by which copyright ownership was transferred (if owner is not the author):

*ASSIGNMENT OF ALL U.S RIGHTS*

| APPLICATION RECEIVED |
| OCT 0 6 2005 |
| DEPOSIT RECEIVED |
| 1-28-05 |
| FUNDS RECEIVED |

DO NOT WRITE HERE OFFICE USE ONLY

| EXAMINED BY | PG | FORM GATT |
|---|---|---|
| CHECKED BY | | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

LIMITATION OF COPYRIGHT: If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

PREVIOUS REGISTRATION: If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

DEPOSIT ACCOUNT If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                Account Number ▼

**7**

CORRESPONDENCE  Give the name and address to which correspondence about this application should be sent.    ☒ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310.478.6114    Email ▶ PEACEPOBNATVCA...    Fax number ▶ 310.478.6114

CERTIFICATION*  I, the undersigned, hereby certify that I am the: (Check one )
☐ Author
☒ Owner of U. S. copyright
☐ Agent of _____
                  (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name:  ALEKSANDAR POPARIC    Date:  10/04/05

☞ Handwritten signature (X) ▼

POPVI?

**8**

| Certificate will be mailed in a window envelope to this address: | Name ▼ | ALEKSANDAR POPARIC 9903 SANTA MONICA 149 BEVERLY HILLS CA 90212 | **9** |
|---|---|---|---|
| | Number/Street/Apt ▼ | | |
| | City/State/ZIP/Nation ▼ | | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—20,000   Web Rev: August 2003   ⊛ Printed on recycled paper

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-411**

TX    **PA**    VA    SR    SRU
EFFECTIVE DATE OF REGISTRATION

2    7    05
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1**

**a** TITLE:
AMBASADOR JE UBIJEN U STOKHOLMU

English translation:
The Ambassador Was Killed In Stockholm

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☑ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2**

**a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1979
Nation: YUGOSLAVIA

**4**

**a** OWNER(S) OF U.S. COPYRIGHT:
Name:
ALEKSANDAR POPARIC
Address:
9903 SANTA MONICA 149
BEVERLY HILLS CA 90212

**b** Means by which copyright ownership was transferred (If owner is not the author):
ASSIGNMENT OF ALL U.S RIGHTS

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
2/7/05 DVD /L

FUNDS RECEIVED

| EXAMINED BY | FORM GATT |
|---|---|
| CHECKED BY | |
| ☑ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

LIMITATION OF COPYRIGHT: If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

PREVIOUS REGISTRATION: If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

DEPOSIT ACCOUNT If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. **Do not give credit card information on this form.**
Name ▼        Account Number ▼

**7**

CORRESPONDENCE Give the name and address to which correspondence about this application should be sent.   ☒ Same as space 4a.
                                                        ☐ Same as space 9.

Area or country code and telephone number ▶ 310 478 6114    Email ▶ OFFICE @ROBINATLLYA.COM    Fax number ▶ 310 478 6114

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the (Check one)
☐ Author
☒ Owner of U. S. copyright
☐ Agent of _____
                                        (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▶ ALEKSANDAR POPARIC    Date ▶ 10/04/05

Handwritten signature (X) ▼
Popart

| Certificate will be mailed in a window envelope to this address: | Name ▼ | **9** |
|---|---|---|
| | ALEKSANDAR POPARIC 9903 SANTA MONICA 149 BEVERLY HILLS CA 90212 | |
| | Number/Street/Apt ▼ | |
| | City/State/ZIP/Nation ▼ | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—20,000   Web Rev: August 2003   ⊕ Printed on recycled paper        U.S. Government Printing Office: 2003-469-805/60,030

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Restored Work.
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-412**

TX          PA          VA          SR          PAU
EFFECTIVE DATE OF REGISTRATION

|    |    |    |
| 1 | 28 | 05 |
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1**

**a** TITLE: *I BOG STVORI KAFANSKU PEVACICU*

English translation: *And God Created The Bar Singer*

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2**

**a** AUTHOR(S):
Name: *CENTAR FILM*
Citizenship (when work was created): *YUGOSLAVIA*
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3**

YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: *1972*
Nation: *YUGOSLAVIA*

**4**

**a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address:    Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred
(if owner is not the author):

*ASSIGNMENT OF ALL US RIGHTS*

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
| 1 | 28 | 05 | DVD/L |

FUNDS RECEIVED

DO NOT WRITE IN THIS
OFFICE USE ONLY



EXAMINED BY

CHECKED BY

FORM GATT

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
*(see instructions)*

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                                     Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☒ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310. 478. 6114      Email▶ PCIP P POPARIC NICA      Fax number ▶ 310. 478. 6114

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one ▶)

☐ Author
☒ Owner of U. S. copyright
☐ Agent of _____
                          (Name of author or owner of U.S. copyright)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▶ ALEKSANDAR POPARIC      Date▶ 10 | 04 | 05

Handwritten signature (X) ▼
POPA

**8**

Certificate
will be
mailed in
window
envelope to
this
address:

Name ▼

Number/Street ▼

City/State/ZIP/Nation ▼

* Complete all necessary spaces
* Sign your application in space 8

1. Application form   2. Nonrefundable
$30 filing fee in check or money order
payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

EXAMINED BY ~~RS~~    FORM GATT

CHECKED BY

☑ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                    Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.    ☑ Same as space 4s.
☐ Same as space 9.

Area or country code and telephone number ▶ 310.478.6114    Email ▶ OFFICE@POPNAEUCA.Fax number ▶ 310.478.6114
                                                                                    COM

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the (Check one)
   ☐ Author
   ☑ Owner of U. S. copyright
   ☐ Agent of _____
                          (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name ▶ ALEKSANDAR POPARIC    Date ▶ 10 | 04 | 05

☞ Handwritten signature (X) ▼

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼
ALEKSANDAR POPARIC
9903 SANTA MONICA 149
BEVERLY HILLS CA 90212

Number/Street/Apt ▼

City/State/ZIP/Nation ▼

**9**

* Complete all necessary spaces
* Sign your application in space 8

1. Application form   2. Nonrefundable
$30 filing fee in check or money order
payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2005—30,000    Web Rev. August 2005    ♻ Printed on recycled paper    U.S. Government Printing Office: 2005-486-605/60,020

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-413**

| TX | PA | VA | SR | SRU |
EFFECTIVE DATE OF REGISTRATION

| 1 | 28 | 05 |
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1** **a** TITLE: **BOSKO BUHA**

English translation:

**b** DESCRIPTION OF THE WORK: (Check one or more)

□ literary work
□ musical work, including any accompanying words
□ dramatic work, including any accompanying music
□ pantomime or choreographic work

□ pictorial, graphic, or sculptural work
☒ motion picture or other audiovisual work
□ architectural work
□ sound recording, created in _____ (year)

**2** **a** AUTHOR(S):
Name: **CENTAR FILM**

Citizenship (when work was created):
Domicile (when work was created): **YUGOSLAVIA**
Date of death:

**b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: **1978**

Nation: **YUGOSLAVIA**

**4** **a** OWNER(S) OF U.S. COPYRIGHT:
Name: **ALEKSANDAR POPARIC**
Address: **9903 SANTA MONICA 149 BEVERLY HILLS CA 90212**

**b** Means by which copyright ownership was transferred (if owner is not the author):

**ASSIGNMENT OF ALL US. RIGHTS.**

APPLICATION RECEIVED
**OCT 06 2005**

DEPOSIT RECEIVED
**1-28-05**

FUNDS RECEIVED

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-292-414

| TX | PA | VA | SR | SRU |

EFFECTIVE DATE OF REGISTRATION

| 1 | 28 | 05 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: BRAT DOKTORA HOMERA

English translation: Doctor Homer's Brother

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created):
Domicile (when work was created): YUGOSLAVIA
Date of death:

**b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1968

Nation: YUGOSLAVIA

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name: ALEKSANDAR POPARIC
Address: 9903 SANTA MONICA 149
BEVERLY HILLS CA 90212

**b** Means by which copyright ownership was transferred
(if owner is not the author):

ASSIGNMENT OF ALL U.S RIGHTS

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
1·28·05 DVD/L

FUNDS RECEIVED

| EXAMINED BY | | FORM GATT |
| CHECKED BY | | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration: (see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                    Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent. ☑ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310. 478. 6114    Email ▶ OFNOPPODNALUCA Fax number ▶ 30.478.6114

**CERTIFICATION*** I, the undersigned, hereby certify that I am the (Check one)
☐ Author
☑ Owner of U. S. copyright
☐ Agent of
_____
(Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: ALEKSANDAR POPARIC    Date: 10/04/05

☞ Handwritten signature (X) ▼

**8**

| Certificate will be mailed in a window envelope to this address: | Name ▼ ALEKSANDAR POPARIC |
| | Number/Street/Apt ▼ 9903 SANTA MONICA 149 |
| | City/State/ZIP Nation ▼ BEVERLY HILLS CA 90212 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—20,000    Web Rev: August 2003    ⊕ Printed on recycled paper    U.S. Government Printing Office: 2003-496-605/60,060

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

FORM GATT
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-292-415

TX · PA · VA · SR · SRU
EFFECTIVE DATE OF REGISTRATION

2 · 7 · 05
Month · Day · Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**1 a** TITLE: *BUDJENJE PACOVA*

English translation: *The Rats Wake Up*

**b** DESCRIPTION OF THE WORK: *(Check one or more)*
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: *CENTAR FILM*
Citizenship (when work was created): *YUGOSLAVIA*
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: *1967*
Nation: *YUGOSLAVIA*

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name
Aleksandar Poparic
Address: 9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (if owner is not the author):
*ASSIGNMENT OF ALL U.S. RIGHTS.*

APPLICATION RECEIVED
OCT 0 6 2005
DEPOSIT RECEIVED
2·7·05 DVD/L
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

| EXAMINED BY | | FORM GATT |
| CHECKED BY | | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GAT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                           Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☑ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310.478.6114    Email ▶ JECCO ROEN @KXAX    Fax number ▶ 310.478.6114

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)
☐ Author
☑ Owner of U. S. copyright
☐ Agent of _____
                              (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: **ALEKSANDAR POPARIC**    Date: 10/04/05

☞ Handwritten signature (X) ▼

| Certificate will be mailed in a window envelope to this address: | Name ▼ Aleksandar Poparic 9903 Santa Monica Blvd 149 Beverly Hills CA 90212 | **9** |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE



PA 1-292-418

TX     PAU     VA     SR     SRU
EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 2 | 7 | 05 |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1**

**a** TITLE: CRVENO USIJANJE

English translation:
Red Heat

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☑ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2**

**a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created):
Domicile (when work was created): YUGOSLAVIA
Date of death:

**b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1979

Nation: YUGOSLAVIA

**4**

**a** OWNER(S) OF U.S. COPYRIGHT:
Name:

Address: Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (if donor is not the author)

ASSIGNMENT OF ALL U.S RIGHTS.

APPLICATION RECEIVED
OCT. 0 6 2005

DEPOSIT RECEIVED
2-7-05

FUNDS RECEIVED

EXAMINED BY

CHECKED BY

FORM GATT

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**5**

LIMITATION OF COPYRIGHT: If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**6**

PREVIOUS REGISTRATION: If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.

Name ▼                                          Account Number ▼

CORRESPONDENCE Give the name and address to which correspondence about this application should be sent. ☑ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ► 310. 478. 6114    Email ► FELIP PRDRNAKX @ fax number ► 310. 478. 6114
COM

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the: (Check one)
☐ Author
☑ Owner of U.S. copyright
☐ Agent of _____
(Name of author or owner of U.S. copyright)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ► ALEKSANDAR POPARIC    Date ► 10/04/05

Handwritten signature (X) ▼

**9**

Certificate will be mailed in a window envelope to this address:

Name ▼

Number/Street ▼

City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form GATT
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-292-417

PA          VA          SRU
EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 1 | 3 | 05 |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1**

**a** TITLE: CUVAR PLAZE U ZIMSKOM PERIODU

English translation: Beach Guardian In The Winter

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☑ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2**

**a** Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1975
Nation: YUGOSLAVIA

**4**

**a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address: Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (if owner is not the author)
ASSIGNMENT OF ALL US. RIGHTS

APPLICATION RECEIVED
OCT 06 2005
DEPOSIT RECEIVED
1.3.05 DVD/L
FUNDS RECEIVED

EXAMINED BY _____    FORM GATT

CHECKED BY _____

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

LIMITATION OF COPYRIGHT: If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

PREVIOUS REGISTRATION: If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

DEPOSIT ACCOUNT If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                    Account Number ▼

**7**

CORRESPONDENCE Give the name and address to which correspondence about this application should be sent.   ☒ Same as space 4a.
                                                                                                              ☐ Same as space 9.

Area or country code and telephone number ▶ 310 478 6114   Email ▶ _____   Fax number ▶ 310 478 6114

CERTIFICATION* I, the undersigned, hereby certify that I am the (Check one):

☐ Author
☒ Owner of U. S. copyright
☐ Agent of _____
                    (Name of author or owner of U.S. copyright)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: ALEKSANDAR POPARIC          Date: 10/04/05

☞ Handwritten signature (X) ▼
   _____

**8**

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼
Number/Street/Apt ▼
Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212
City/State/ZIP/Nation ▼

• Complete all necessary spaces
• Sign your application in space 8

1. Application form  3. Nonrefundable
   filing fee in check or money order
   payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
Form Recovered Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-418**

TX     PA     May 14 88     RRU
EFFECTIVE DATE OF REGISTRATION

1     3     05
Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

## 1

**a** TITLE: DAVITELJ PROTIV DAVITELJA

English translation: Strangler vs. Strangler

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

## 2

**a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

## 3

YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1984

Nation: YUGOSLAVIA

## 4

**a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address:     Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred. (If owner is not the author)

ASSIGNMENT OF ALL U.S RIGHTS.

APPLICATION RECEIVED
OCT 06 2005

DEPOSIT RECEIVED
1-3-05

FUNDS RECEIVED

EXAMINED BY _____     FORM GATT

CHECKED BY _____

☑ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                    Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☑ Same as space 4a.
                                                                                                              ☐ Same as space 9.

Area or country code and telephone number ► 310.478.6114   Email ► OFFICE PROENABUICA   Fax number ► 310.478.6114

**CERTIFICATION** I, the undersigned, hereby certify that I am the (Check one:)
☐ Author
☑ Owner of U. S. copyright
☐ Agent of _____
                    (Name of author or owner of U.S. copyright)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name ► ALEKSANDAR POPARIC   Date ► 10/04/05

☐ Handwritten signature (X) ▼
                              Popa

**9**

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼ _____

Number/Street/Apt ▼ _____

City/State/ZIP/Nation ▼ _____

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-292-419

| TX | PA | VA | SR | SRU |
|---|---|---|---|---|

EFFECTIVE DATE OF REGISTRATION

| 1 | 28 | 05 |
|---|---|---|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: DB ZATVARA KRUG

English translation: The Security Service Closes The Circle

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1974
Nation: YUGOSLAVIA

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address: Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (if owner is not the author):

Assignment of all U.S Rights.

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
1-28-05 DVD/L

FUNDS RECEIVED

EXAMINED BY                                    FORM GATT

CHECKED BY

☑ CORRESPONDENCE                               FOR
   Yes                                         COPYRIGHT
                                               OFFICE
                                               USE
                                               ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration: (see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                         Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☑ Same as space 4a.
                                                                                                               ☐ Same as space 9.

Area or country code and telephone number ▶ 310.478.6114   Email ▶ OFFICE POPARIC.Fax number ▶ 310.478.6114

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one.)
   ☐ Author
   ☑ Owner of U.S. copyright
   ☐ Agent of _____
                        (Name of author or owner of U.S. copyright)

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: ALEKSANDAR POPARIC    Date: 4/04/05

👉 Handwritten signature (X) ▼
     Poparit

Certificate    Name ▼
will be
mailed in a    Aleksandar Poparic
window         Number/Street/Apt ▼
envelope to
this           9903 Santa Monica Blvd 149
address:       City/State/ZIP/Nation ▼      Beverly Hills CA 90212

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM GATT**
Here Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-420**



| TX | **PA** | VA | RR | SRU |

EFFECTIVE DATE OF REGISTRATION

| 1 | 3 | 05 |
| March | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: DECAK I VIOLINA

English translation:

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1975
Nation: YUGOSLAVIA

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address: Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred
(if owner is not the author)

ASSIGNMENT OF ALL U.S. RIGHTS.

APPLICATION RECEIVED
OCT 06 2005

DEPOSIT RECEIVED
1-3-05 DVD/L

FUNDS RECEIVED

EXAMINED BY _RG_

CHECKED BY

CORRESPONDENCE
☑ Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                                Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.    ☒ Same as space 4a.
                                                                                                            ☐ Same as space 9.

Area or country code and telephone number ▶ 310.478.6114    Email ▶ _____ PORNATIVE _____  Fax number ▶ 310.478.6114

**CERTIFICATION** I, the undersigned, hereby certify that I am the (Check one)
☐ Author
☒ Owner of U.S. copyright
☐ Agent of _____
                              (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name: ALEKSANDAR POPARIC    Date: 4/04/05

Handwritten signature (X) ▼
Poparic

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼
Number/Street/Apt ▼
City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
For a Renewed Work
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

PA 1-292-421

| TX | PA | VA | RR | SRU |
| --- | --- | --- | --- | --- |

**EFFECTIVE DATE OF REGISTRATION**

| 10 | 6 | 05 |
| --- | --- | --- |
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GAT/CON.

## 1

**a**  TITLE  DEVOJACKI MOST

English translation:
Maiden Bridge

**b**  DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work

- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

## 2

**a**  AUTHOR(S):
Name:  CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b**  Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

## 3

YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year:  1976

Nation:  YUGOSLAVIA

## 4

**a**  OWNER(S) OF U.S. COPYRIGHT:
Name:

Address:    Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b**  Means by which copyright ownership was transferred
(if owner is not the author):

Assignment of all U.S. RIGHTS.

| APPLICATION RECEIVED |
| --- |
| OCT 06 2005 |

| DEPOSIT RECEIVED |
| --- |
| OCT 06 2005 |

| FUNDS RECEIVED |
| --- |
| DVD/L |

DO NOT WRITE HERE OFFICE USE ONLY

EXAMINED BY ___

CHECKED BY ___

CORRESPONDENCE
☐ Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**5** LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**6** PREVIOUS REGISTRATION: If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                                    Account Number ▼

CORRESPONDENCE Give the name and address to which correspondence about this application should be sent.   ☐ Same as space 4a.
                                                                                                          ☐ Same as space 9.

Area or country code and telephone number ► 310 478 6114      Email ► OFLIFE RODRIOLUCO C Fax number ► 310 478 6114

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the: (Check one)
☐ Author
☐ Owner of U. S. copyright
☐ Agent of _____
                    (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: ALEKSANDAR POPARIC        Date: 10/04/05

☞ Handwritten signature (X) ▼

**9** Certificate will be mailed in window envelope to this address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

• Complete all necessary spaces
• Sign your application in space 8

1. Application form 2. Nonrefundable
$30 filing fee in check or money order
payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
For a Renewal Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-422**

EFFECTIVE DATE OF REGISTRATION

1    28    05

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: DEVOJKA SA KOSMAJA

English translation: The Girl From Kosmaj

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1972
Nation: YUGOSLAVIA

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address: Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (if owner is not the author):
ASSIGNMENT OF ALL US RIGHTS.

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
1.28.05 DVD/L

FUNDS RECEIVED

DO NOT WRITE ABOVE
OFFICE USE ONLY

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If this registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                                    Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☐ Same as space 4a.
                                                                                                          ☐ Same as space 9.

Area or country code and telephone number ▶ 310.478.6114   Email ▶ DECLAPPORNAYUCA  Fax number ▶ 310.478.6114

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one )
☐ Author
☑ Owner of U. S. copyright
☐ Agent of _____
                              (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name:   ALEKSANDER POPARIC   Date: 10/14/05

☐ Handwritten signature (X) ▼
                          Poparid

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼

Number/Street/Apt. ▼

City/State/ZIP/Nation ▼

Aleksandar Poparic
9803 Santa Monica Blvd 149
Beverly Hills CA 90212

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

**FORM GATT**
Form Amended Work
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**PA 1-292-423**

| TX | PA | VA | SR | SRU |

EFFECTIVE DATE OF REGISTRATION

| 1 | 3 | 05 |
|---|---|---|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1**

**a** TITLE: HASANAGINICA

English translation: Hassan-Aga's wife

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2**

**a** AUTHOR(S):
Name: CENTAR FILM

Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3**

YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1967

Nation: YUGOSLAVIA

**4**

**a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Aleksandar Poparic
Address: 9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred
(if owner is not the author):

ASSIGNMENT OF ALL U.S RIGHTS.

APPLICATION RECEIVED
OCT 06 2005

DEPOSIT RECEIVED
1/3/05 DVD/E

FUNDS RECEIVED

EXAMINED BY
CHECKED BY

CORRESPONDENCE
☐ Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                                 Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.    ☒ Same as space 4a.
☐ Same as space 3.

Area or country code and telephone number ▶ 310.478.6114    Email ▶ POPARICMANICA    Fax number ▶ 310.478.6114
.COM

**CERTIFICATION*** I, the undersigned, hereby certify that I am the (Check one):
☐ Author
☒ Owner of U.S. copyright
☐ Agent of _____
                                    (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ALEKSANDAR POPARIC    Date: 10/04/05

Handwritten signature (X) ▼ Popart

**8**

Certificate
will be
mailed in a
window
envelope to
this
address

Name ▼

Number/Street/Apt ▼

City/State/ZIP/Nation ▼

Aleksandar Poparic
8903 Santa Monica Blvd 149
Beverly Hills CA 90212

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form GATT
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-292-424

TX    PA    VA    SR    SRU
EFFECTIVE DATE OF REGISTRATION

1    28    05
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1**

a  TITLE: IDEMO DANJE

English translation:
O.K. Let's Go

b  DESCRIPTION OF THE WORK: (Check one or more)
☐ literary work
☐ musical work, including any accompanying words
☐ dramatic work, including any accompanying music
☐ pantomime or choreographic work

☐ pictorial, graphic, or sculptural work
☒ motion picture or other audiovisual work
☐ architectural work
☐ sound recording, created in _____ (year)

**2**

a  AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

b  Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3**

YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1982
Nation: YUGOSLAVIA

**4**

a  OWNER(S) OF U.S. COPYRIGHT:
Name:
Address:        Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

b  Means by which copyright ownership was transferred
(if owner is not the author):

Assignment of all US. Rights.

APPLICATION RECEIVED
OCT 06 2005

DEPOSIT RECEIVED
1-28-05

FUNDS RECEIVED

DO NOT WRITE THIS LINE
OFFICE USE ONLY

| EXAMINED BY | | FORM GATT |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☑ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration: (see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                   Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☑ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310. 478. 6114    Email ▶ OFFICE@RDRNAKIVA.COM    Fax number ▶ 310. 478. 6114

**CERTIFICATION* I,** the undersigned, hereby certify that I am the: (Check one )

☐ Author
☑ Owner of U.S. copyright
☐ Agent of _____
(Name of author or owner of U.S. copyright)

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: ALEKSANDAR, POPARIC.    Date: 10/04/05

✎ Handwritten signature (X) ▼

Bparis

Certificate will be mailed in this window envelope to this address:

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**9**

*Complete all necessary spaces
*Sign your application in space 8

1. Application form  2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights  3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



PA 1–292–425

TX · · · VA · · 8R · · 8RU
EFFECTIVE DATE OF REGISTRATION

| 1 | 3 | 05 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1**

**a** TITLE:  IGMANSKI MARS

English translation:

The  Igman March

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2**

**a** AUTHOR(S):
Name:  CENTAR FILM

Citizenship (when work was created):  YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)

Year:

Nation:

**4**

**a** OWNER(S) OF U.S. COPYRIGHT:
Name:

Address:  Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred
(if owner is not the author):

ASSIGNMENT OF all U.S RIGHTS.

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
1-3-05 DVD/L

FUNDS RECEIVED

EXAMINED BY _RG_

CHECKED BY

CORRESPONDENCE
☑ Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

_____ DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼　　　　　　　　　　　　　　　　　　　　　　　　Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent. ☒ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310 478 6114　Email ▶ OSKAR@MBNA.USA　Fax number ▶ 310 478 6114

**CERTIFICATION*** I, the undersigned, hereby certify that I am the (Check one)
☐ Author
☒ Owner of U.S. copyright
☐ Agent of _____
(Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▶ ALEKSANDAR POPARIC　Date ▶ 10/04/05

☞ Handwritten signature (X) ▼
_Poparic_

**8**

Certificate
will be
mailed in
window
envelope to
this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1–292–426

EFFECTIVE DATE OF REGISTRATION

| 1 | 3 | 05 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: *KAD BUDEN MRTAV I BEO*

English translation: *When I Am Dead And White*

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: *CENTAR FILM*
Citizenship (when work was created): *YUGOSLAVIA*
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: *1967*
Nation: *YUGOSLAVIA*

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address: Aleksandar Poparic
9903 Santa Monica Blvd.149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred
(if owner is not the author):
*assignment of all US Rights*

| APPLICATION RECEIVED |
|---|
| OCT 0 6 2005 |
| DEPOSIT RECEIVED |
| 1·3·05 DVD/L |
| FUNDS RECEIVED |

DO NOT WRITE HERE
OFFICE USE ONLY

EXAMINED BY _____

CHECKED BY _____

FORM GATT

☑ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

LIMITATION OF COPYRIGHT: If the registration does not extend to the entire work, describe the material that is covered by the registration.
(see instructions)

**5**

PREVIOUS REGISTRATION: If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

DEPOSIT ACCOUNT: If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                    Account Number ▼

**7**

CORRESPONDENCE Give the name and address to which correspondence about this application should be sent. ☑ Same as space 4a.
                                                                                                      ☐ Same as space 9.

Area or country code and telephone number ► 810. 778. 8114    Email ► POPARICA@AOL COM  Fax number ► 310. 428. 8114

CERTIFICATION* I, the undersigned, hereby certify that I am the (Check one),
☐ Author
☑ Owner of U.S. copyright
☐ Agent of _____
            (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: ALEKSANDAR POPARIC    Date: 12/14/05

Handwritten signature (X) ▼
Poparic

**8**

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

Number/Street/Apt ▼

City/State/ZIP/Nation ▼

• Complete all necessary spaces
• Sign your application in space 8

1. Application form  2. Nonrefundable
$30 filing fee in check or money order
payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTRATION NUMBER

PA 1-292-427

Marybeth Peters

Register of Copyrights, United States of America

TX: _ PA _ VA _ SRU

EFFECTIVE DATE OF REGISTRATION

1 / 28 / 05
Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: KISA

English translation: Rain

**b** DESCRIPTION OF THE WORK: (Check one or more)
☐ literary work
☐ musical work, including any accompanying words
☐ dramatic work, including any accompanying music
☐ pantomime or choreographic work

☐ pictorial, graphic, or sculptural work
☒ motion picture or other audiovisual work
☐ architectural work
☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1972

Nation: YUGOSLAVIA

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:

Address: Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (if owner is not the author):

assignment of all US Rights

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
1/28/05 DVD/L

FUNDS RECEIVED

EXAMINED BY

CHECKED BY

FORM GATT

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

. DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

LIMITATION OF COPYRIGHT: If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

PREVIOUS REGISTRATION: If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

DEPOSIT ACCOUNT If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                            Account Number ▼

**7**

CORRESPONDENCE Give the name and address to which correspondence about this application should be sent.    ☒ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310. 478. 6114     Email ▶ OFFICE@PRLAY LA LA    Fax number ▶ 310. 478. 6114

CERTIFICATION* I, the undersigned, hereby certify that I am the: (Check one).
☐ Author
☒ Owner of U.S. copyright
☐ Agent of _____
                                    (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name:  ALEKSANDAR POPARIC  Date: 10/04/05

Handwritten signature (X) ▼
                                    Poparit

**9**

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼

Number/Street/Apt ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

City/State/ZIP/Nation ▼

• Complete all necessary spaces
• Sign your application in space 8

1. Application form 2. Nonrefundable
$30 filing fee in check or money order
payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

**PA 1-292-428**

TX ... PA VA PH SRU
**EFFECTIVE DATE OF REGISTRATION**

| 1 | 3 | 05 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: KO TO TAMO PEVA

English translation:
Who's Singing Over There

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____(year)

**2 a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1980

Nation: YUGOSLAVIA

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:

Address:   Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (if owner is not the author):

assignment of all U.S. Rights

APPLICATION RECEIVED
OCT 0 6 2005

DO NOT WRITE HERE
COPY/OR USE ONLY

DEPOSIT RECEIVED
1/3/05 DVD/L

FUNDS RECEIVED

EXAMINED BY

CHECKED BY

FORM GATT

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                                          Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.    ☑ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310.478.6114    Email POPARIC@BNACA.CA  Fax number ▶ 310.478.6114

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one):

☐ Author
☑ Owner of U.S. copyright
☐ Agent of _____

(Name of author or owner of U.S. copyright)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: ALEKSANDAR POPARIC    Date: 6/04/05

✎ Handwritten signature (X) ▼

Poparic

**8**

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration





**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-292-429

TX · · PAU · · VA · · RR · · SRU

EFFECTIVE DATE OF REGISTRATION

2   7   05
Month   Day   Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

## 1

**a** TITLE: KORACI KROZ MAGLU

English translation: Steps In The Fog

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

## 2

**a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

## 3

YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1967
Nation: YUGOSLAVIA

## 4

**a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address: Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (if owner is not the author): Assignment of all U.S rights

APPLICATION RECEIVED
OCT 06 2005

DEPOSIT RECEIVED
2/7/05 DVD/L

FUNDS RECEIVED

EXAMINED BY _____    FORM GATT

CHECKED BY

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

_____ DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

# 5

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

# 6

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                          Account Number ▼

# 7

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.    ☐ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310.478.6114    Email ▶ OFFICE@DBNACLHA.COM number ▶ 310.478.6114

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one.)
☐ Author
☒ Owner of U. S. copyright
☐ Agent of _____
                              (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: ALEKSANDAR POPARIC    Date: 10.04.05

☐ Handwritten signature (X) ▼
Popart

# 8

Certificate
will be
mailed in
window
envelope to
this
address:

Name ▼
Number/Street ▼
City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
   $30 filing fee in check or money order
   payable to Register of Copyrights
2. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

# 9

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-430**

TX    PA    VA    SR    SRU
EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 1 | 28 | 05 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**1**

**a**   TITLE: KOSAVA

English translation: The Kosava

**b**   DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2**

**a**   AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b**   Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3**   YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1974
Nation: YUGOSLAVIA

**4**

**a**   OWNER(S) OF U.S. COPYRIGHT:
Name:
Address: Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b**   Means by which copyright ownership was transferred
(if owner is not the author)
assignment of all U.S. rights.

APPLICATION RECEIVED
**OCT 06 2005**

DEPOSIT RECEIVED
1·28·05 DVD/L

FUNDS RECEIVED

EXAMINED BY

CHECKED BY

FORM GATT

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration.
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                           Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☒ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310. 478 - 6114    Email OPPIC@POPARIC.COM Fax number 310. 478. 6114

**CERTIFICATION*** I, the undersigned, hereby certify that I am the (Check one.)
☐ Author
☒ Owner of U.S. copyright
☐ Agent of _____
(Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name: ALEKSANDAR POPARIC          Date: 10/04/05

☞ Handwritten signature (X) ▼

**9**

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼
Number/Street ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

City/State/ZIP/Nation ▼

• Complete all necessary spaces
• Sign your application in space 8

1. Application form 1. Nonrefundable
$30 filing fee in check or money order
payable to Register of Copyrights
3. Deposit
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Recovered Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-430**

TX    PA    VA    SR    SRU
EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 1 | 28 | 05 |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1a** TITLE: KRVAVA BAJKA

English translation: Bloody Fairy Tale

**1b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**2b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1969
Nation: YUGOSLAVIA

**4a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address: Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**4b** Means by which copyright ownership was transferred (if owner is not the author):

assignment of all US rights.

APPLICATION RECEIVED
OCT 06 2005
DEPOSIT RECEIVED
1·28·05 DVD/L
FUNDS RECEIVED

EXAMINED BY

CHECKED BY

□ CORRESPONDENCE
  Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration: (see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                          Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.    ☒ Same as space 4a.
                                                                                                              ☐ Same as space 9.

Area or country code and telephone number ▶ 310. 478. 6114    Email ▶ APPLEPRODUVWICA.COM number ▶ 310. 478. 6114

**CERTIFICATION** I, the undersigned, hereby certify that I am the: (Check one):
☐ Author
☒ Owner of U.S. copyright
☐ Agent of _____
                    (Name of author or owner of U.S. copyright)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name:  ALEKSANDAR POPARIC    Date: 10/04/07

☐ Handwritten signature (X) ▼    Poparit

**9**

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼

Number/Street/Apt ▼                Aleksandar Poparic
                                   9903 Santa Monica Blvd 149
City/State/ZIP/Nation ▼            Beverly Hills CA 90212

* Complete all necessary spaces
* Sign your application in space 8

1. Application form 1. Nonrefundable
$30 filing fee in check or money order
payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Mail all
to:
Library of
Congress
Copyright
Office

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America





Form GATT
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-292-432

PA    PAU    VA    SR    SRU
EFFECTIVE DATE OF REGISTRATION

1          28          05
Month      Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**1 a** TITLE: *LAGER NIS*

English translation: *The Escape*

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: *CENTAR FILM*
Citizenship (when work was created): *YUGOSLAVIA*
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: *1987*
Nation: *YUGOSLAVIA*

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address: Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (if owner is not the author):

*assignment of all U.S. Rights.*



APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
1/28/05 DVD/L

FUNDS RECEIVED

EXAMINED BY RG

CHECKED BY

CORRESPONDENCE
☑ Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
*(see instructions)*

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                                 Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☒ Same as space 4a.
☐ Same as space 9.

**8**

Area or country code and telephone number ▶ 310.478.6114   Email▶ CRIAPOPNA WA   Fax number ▶ 310.478.6114

**CERTIFICATION** I, the undersigned, hereby certify that I am the (Check one )
☐ Author
☒ Owner of U.S. copyright
☐ Agent of _____
                    (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name:   ALEKSANDAR PODARIC   Date: 10/14/05

☞ Handwritten signature (X) ▼   PepaA

**9**

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼

Number/Street ▼

City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

FORM GATT
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-433**

TX    (PA)    VA    SR    SRU
EFFECTIVE DATE OF REGISTRATION

1    28    05
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**1 a**

TITLE: *LEPTIROV OBLAK*

English translation:
*The Butterfly's Cloud*

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a**

AUTHOR(S):
Name: *CENTAR FILM*

Citizenship (when work was created): *YUGOSLAVIA*
Domicile (when work was created):
Date of death:

**b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3**

YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: *1977*
Nation: *YUGOSLAVIA*

**4 a**

OWNER(S) OF U.S. COPYRIGHT:
Name:

Address:    Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred
(if transferee is not the author)

*assignment of all US Rights*

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
1/28/05  DVD/L

FUNDS RECEIVED

| EXAMINED BY | | FORM GATT |
| --- | --- | --- |
| CHECKED BY | | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                        Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.    ☑ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ► 310.478.6114    Email ► DUGOORNAKUL    Fax number ► 310.478.6114

**CERTIFICATION** I, the undersigned, hereby certify that I am the (Check one)
☐ Author
☑ Owner of U. S. copyright
☐ Agent of _____
                    (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name:   ALEKSANDAR  POPARIC   Date: 06/04/05

☞ Handwritten signature (X) ▼   Poparic

**8**

| Certificate will be mailed in a window envelope to this address: | Name ▼ | **9** |
| --- | --- | --- |
| | Number/Street/Apt ▼ | |
| | Aleksandar Poparic 9903 Santa Monica Blvd 149 Beverly Hills CA 90212 | |
| | City/State/ZIP/Nation ▼ | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
For a Recovered Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-434**

TX.    PA    VA    RE    SRU
EFFECTIVE DATE OF REGISTRATION

1    28    05
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1**

**a** TITLE: *NOŽ*

English translation: *The Knife*

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2**

**a** AUTHOR(S):
Name: *CENTAR FILM*
Citizenship (when work was created): *YUGOSLAVIA*
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3**

YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: *1967*
Nation: *YUGOSLAVIA*

**4**

**a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address:    Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred
(if owner is not the author):

*Assignment of all U.S. rights*

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
1·28·05 DVD/L

FUNDS RECEIVED

| EXAMINED BY RG | FORM GATT |
|---|---|
| CHECKED BY | |

08CV3491
JUDGE KOCORAS
MAGISTRATE JUDGE MASON

| ☑ CORRESPONDENCE | FOR |
| Yes | COPYRIGHT |
| | OFFICE |
| | USE |
| | ONLY |

PH

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                      Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.    ☒ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310. 478. 6114    Email ▶ POPCARNATURA  Fax number ▶ 310. 478. 6114

**CERTIFICATION** I, the undersigned, hereby certify that I am the: (Check one ).
☐ Author
☒ Owner of U.S. copyright
☐ Agent of _____
                    (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: ALEKSANDAR POPAPIC    Date: 12/04/05

☞ Handwritten signature (X) ▼
Popa

**8**

| Certificate will be mailed in a window envelope to this address: | Name ▼ |
| | Number/Street/Apt ▼ |
| | City/State/ZIP/Nation ▼ |

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**9**

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-435**

TX    4 PA /   VA    SR    SRU

EFFECTIVE DATE OF REGISTRATION

1    28    05
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

## 1
**a** TITLE: OPASAN TRAG

English translation:

Dangerous Trail

**b** DESCRIPTION OF THE WORK: *(Check one or more)*
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

## 2
**a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

## 3
YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1984
Nation: YUGOSLAVIA

## 4
**a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address:     Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred
(if owner is not the author):

assignment of all U.S. rights

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
1-28-05

FUNDS RECEIVED

EXAMINED BY _RG_    FORM GATT

CHECKED BY

☑ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.    ☑ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310.478.6114    Email ▶ _PFILRP CBNALUCA.OCH_ fax number ▶ 310.478.6114

**CERTIFICATION** I, the undersigned, hereby certify that I am the: (Check one)
☐ Author
☒ Owner of U.S. copyright
☐ Agent of _____
                                    (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: _ALEKSANDAR POPARIC_    Date: _10/04/05_

☞ Handwritten signature (X) ▼

_Poparit_

**8**

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

• Complete all necessary spaces
• Sign your application in space 8

**9**

Form are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

• Application form    3. Nonrefundable
$30 filing fee in check or money order
payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Renewed Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-292-436

TX    ( PA )    VA    ( SR )    SRU

EFFECTIVE DATE OF REGISTRATION

1    28    05
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**1**

**a** TITLE: OPERACIJA BEOGRAD

English translation: Operation Belgrade

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2**

**a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3**

YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1968
Nation: YUGOSLAVIA

**4**

**a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address: Aleksandar Poparic
9803 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (if owner is not the author):
assignment of all US rights.

APPLICATION RECEIVED
OCT 06 2005

DEPOSIT RECEIVED
1/28/05 DVD/L

FUNDS RECEIVED

EXAMINED BY 26

CHECKED BY

FORM GATT

☑ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.

Name ▼                                        Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent. ☑ Same as space 4a. ☐ Same as space 9.

Area or country code and telephone number ▶ 310.478.6114　Email OFFICEP@ORNACLICA　Fax number ▶ 310.478.6114

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one )
☐ Author
☑ Owner of U. S. copyright
☐ Agent of _____
(Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▶ ALEKSANDAR POPARIC　Date: 01.04.15

☞ Handwritten signature (X) ▼　Popp

**8**

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**9**

\*Complete all necessary spaces
• Sign your application in space 8

1. Application form 2. Nonrefundable
$30 filing fee in check or money order
payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
Rare Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-292-437

TX    PAU    VA    RE    SRU

EFFECTIVE DATE OF REGISTRATION

2    7    05
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: O POKOJNIKU SVE NAJLEPSE

English translation: Never Speak Ill of The Dead

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1984
Nation: YUGOSLAVIA

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address: Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred
(if owner is not the author):

Assignment of all U.S Rights

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
2-7-05

FUNDS RECEIVED

EXAMINED BY _RG_                                FORM GATT

CHECKED BY

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by this registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                     Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.    ☑ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310.478.6114    Email ▶ OFFICE@POPARICA.COM    Fax number ▶ 310.478.6114

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)

☐ Author
☑ Owner of U.S. copyright
☐ Agent of _____
                                    (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name ▶ ALEKSANDAR POPARIC    Date ▶ 10/04/05

☞ Handwritten signature (X) ▼    _Poparic._

**9**

Certificate will be mailed in a window envelope to this address:

Name ▼
Number/Street/Apt ▼
City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

• Complete all necessary spaces
• Sign your application in space 8

1. Application form 1. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights 3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Send all elements to same address. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



FORM GATT
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

PA 1–292–438

TX ___ PA ___ VA ___ SR ___ SRU ___

EFFECTIVE DATE OF REGISTRATION

1    3    05
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: PAS KOJI JE VOLEO VOZOVE

English translation: The Dog Who Loved Trains

**b** DESCRIPTION OF THE WORK: (Check one or more)

- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____(year)

**2 a** AUTHOR(S):

Name: CENTAR FILM

Citizenship (when work was created): YUGOSLAVIA

Domicile (when work was created):

Date of death:

**b** Name:

Citizenship (when work was created):

Domicile (when work was created):

Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)

Year: 1977

Nation: YUGOSLAVIA

**4 a** OWNER(S) OF U.S. COPYRIGHT:

Name:

Address:    Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (If owner is not the author)

assignment of all U.S rights

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
1·83·05 DVD/L

FUNDS RECEIVED

EXAMINED BY ___    FORM GATT

CHECKED BY

□ CORRESPONDENCE
  ☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

LIMITATION OF COPYRIGHT: If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

PREVIOUS REGISTRATION: If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

DEPOSIT ACCOUNT If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                          Account Number ▼

**7**

CORRESPONDENCE Give the name and address to which correspondence about this application should be sent.    ☒ Same as space 4a.
                                                                                                          □ Same as space 9.

Area or country code and telephone number ▶ 310.478.6114    Email ▶ _____    Fax number ▶ 310.078.6114

CERTIFICATION* I, the undersigned, hereby certify that I am the (Check one.)
  □ Author
  ☒ Owner of U.S. copyright
  □ Agent of _____
                        (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name: *ALEKSANDAR POPARIC*    Date: 10/04/05

☞ Handwritten signature (X) ▼
       *Poparic*

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼
Number/Street ▼
City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
Para Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-292-439

TX ___ PA ___ VA ___ SR ___ SRU
EFFECTIVE DATE OF REGISTRATION

| 1 | 28 | 05 |
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**1 a** TITLE: **PAVLE PAVLOVIC**

English translation:

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: **CENTAR FILM**
Citizenship (when work was created): **YUGOSLAVIA**
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: **1975**
Nation: **YUGOSLAVIA**

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address: Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred
(if owner is not the author)

**assignment of all U.S Rights**

APPLICATION RECEIVED
**OCT 06 2005**

DEPOSIT RECEIVED
**1.28.05 DVD/L**

FUNDS RECEIVED

| EXAMINED BY | | FORM GATT |
| CHECKED BY | | |
| CORRESPONDENCE<br>☑ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                                    Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.  ☑ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310 478 6114    Email▶ aa_popovnan    Fax (optional) ▶ 310 478 6114

**CERTIFICATION** I, the undersigned, hereby certify that I am the: (Check one)

☐ Author
☑ Owner of U.S. copyright
☐ Agent of _____
                                    (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name: ALEKSANDAR POPARIC    Date: 06/04/05

👉 Handwritten signature (X) ▼
    Popov A.

**9**

Certificate will be mailed in a window envelope to this address:

Name ▼
Number/Street/Apt ▼
City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

• Complete all necessary spaces
• Sign your application in space 8

1. Application form 2. Nonrefundable
$30 filing fee in check or money order
payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
Form Renewal Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-440**

TX — PA — VA — SR — SRU
EFFECTIVE DATE OF REGISTRATION

1    3    05
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: **PETRUIN VENAC**

English translation: **Petria's Wreath**

**b** DESCRIPTION OF THE WORK (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: **CENTAR FILM**
Citizenship (when work was created): **YUGOSLAVIA**
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: **1980**
Nation: **YUGOSLAVIA**

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address:
Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (if owner is not the author):
**assignment of all US Rights**

APPLICATION RECEIVED
OCT 0 6 2005
DEPOSIT RECEIVED
1-3-05 DVD/L
FUNDS RECEIVED

EXAMINED BY RG    FORM GATT

CHECKED BY

☑ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
*(see instructions)*

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                           Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☒ Same as space 4a.   ☐ Same as space 9.

Area or country code and telephone number ▶ 310. 478.6114    Email ▶ POPARICA@ ... Fax number ▶ 310. 478.6114

**CERTIFICATION*** I, the undersigned, hereby certify that I am the (Check one ).

☐ Author
☑ Owner of U.S. copyright
☐ Agent of

_____
(Name of author or owner of U.S. copyright)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: ALEKSANDAR POPARIC    Date: W/04/05

☞ Handwritten signature (X) ▼    Popan A

**8**

Certificate will be mailed in a window envelope to this address:

Name ▼
Number/Street/Apt ▼
City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

• Complete all necessary spaces
• Sign your application in space 8

1. Application form  2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights  3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM GATT**
Fore Reserved Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-292-441

LA    (PA)   VA    88    SRU
EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 1 | 28 | 05 |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: **PAVILJON VI**

English translation: **Pavillion VI**

**b** DESCRIPTION OF THE WORK (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: **CENTAR FILM**
Citizenship (when work was created): **YUGOSLAVIA**
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: **1978**
Nation: **Yugoslavia**

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address:
Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (If grant is not the author's)
**assignment of all U.S. Rights**

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
1-28-05

FUNDS RECEIVED

EXAMINED BY RG          FORM GATT

CHECKED BY

CORRESPONDENCE
☑ Yes                   FOR
                        COPYRIGHT
                        OFFICE
                        USE
                        ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                          Account Number ▼

**7**

**CORRESPONDENCE:** Give the name and address to which correspondence about this application should be sent.   ☒ Same as space 4a.
                                                                                                                ☐ Same as space 9.

Area or country code and telephone number ▶ 310.478.6114    Email ▶ Apopobnoia × D   Fax number ▶ 310.478.6114

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one)

☐ Author
☐ Owner of U. S. copyright
☐ Agent of _____

(Name of author or owner of U.S. copyright)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name: ALEKSANDAR POPARIC  Date: 10/04/05

☞ Handwritten signature (X) ▼ Poparit

**9**

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP/Pri/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-442**

TX      PA      VA      SR      SRU

EFFECTIVE DATE OF REGISTRATION

2    7    05
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: **DOSEBAN TRETMAN**

English translation: *Special Treatment*

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: **CENTAR FILM**
Citizenship (when work was created): **YUGOSLAVIA**
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: **1980**
Nation: **YUGOSLAVIA**

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address:     Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred
(If owner is not the author.)

*Assignment of all US Rights*

APPLICATION RECEIVED
**OCT 0 6 2005**

DEPOSIT RECEIVED
**2-7-05**

FUNDS RECEIVED

<table>
<tr><td>EXAMINED BY</td><td></td><td>FORM GATT</td></tr>
<tr><td>CHECKED BY</td><td></td><td></td></tr>
<tr><td>CORRESPONDENCE<br>☐ Yes</td><td></td><td>FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY</td></tr>
</table>

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                     Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.  ☐ Same as space 4a.
                                                                                                          ☐ Same as space 9.

Area or country code and telephone number ▶ 310. 478. 6114    Email ▶ PAPERROBNAHOVA.COM    Fax number ▶ 310. 478 6114

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one )
☐ Author
☑ Owner of U.S. copyright
☐ Agent of _____
                              (Name of author or owner of U.S. copyright)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: ALEKSANDAR POPARIC    Date: 6 04 05

Handwritten signature (X) ▼    Poparich

**8**

<table>
<tr><td rowspan="4">Certificate will be mailed in a window envelope to this address:</td><td>Name ▼</td><td rowspan="4">• Complete all necessary spaces<br>• Sign your application in space 8</td><td rowspan="4">**9**</td></tr>
<tr><td rowspan="3">Aleksandar Poparic<br>9903 Santa Monica Blvd 149<br>Beverly Hills CA 90212</td></tr>
<tr><td>Number/Street/Apt ▼</td></tr>
<tr><td>City/State/ZIP/Nation ▼</td></tr>
</table>

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form GATT
For a Renewal Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1 – 292 – 443

| TX | PA | VA | SR | RRU |
|----|----|----|----|----|

EFFECTIVE DATE OF REGISTRATION

1   28   05
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**1 a** TITLE: **POSLEDNJA OAZA**

English translation: **The Last Oasis**

**b** DESCRIPTION OF THE WORK: *(Check one or more)*
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

---

**2 a** AUTHOR(S):
Name: **Centar Film**
Citizenship (when work was created): **Yugoslavia**
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

---

**3** YEAR AND NATION OF PUBLICATION: *(If work was published, give the year and nation in which it was first published.)*
Year: **1983**
Nation: **YUGOSLAVIA**

---

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address:
**Aleksandar Poparic**
**9903 Santa Monica Blvd 149**
**Beverly Hills CA 90212**

**b** Means by which copyright ownership was transferred
*(If owner is not the author)*
**Assignment of all US Rights**

APPLICATION RECEIVED
OCT 06 2005

DEPOSIT RECEIVED
1-28-05

FUNDS RECEIVED

EXAMINED BY RG

CHECKED BY

☑ CORRESPONDENCE
Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**5** LIMITATION OF COPYRIGHT: If the registration does not extend to the entire work, describe the material that is covered by the registration: (see instructions)

**6** PREVIOUS REGISTRATION: If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**7** DEPOSIT ACCOUNT: If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                    Account Number ▼

CORRESPONDENCE Give the name and address to which correspondence about this application should be sent. ☒ Same as space 4a. ☐ Same as space 9.

Area or country code and telephone number ▶ 310. 478. 6114    Email ▶ _____    Fax number ▶ 310. 478. 6114

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the (Check one)
☐ Author
☒ Owner of U. S. copyright
☐ Agent of _____
(Name of author or owner of U.S. copyright)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: ALEKSANDAR POPARIC    Date: 10/24/05

Handwritten signature (X) ▼
Poparich

**9** Certificate will be mailed in a window envelope to this address:
Name ▼
Number/Street/Apt ▼
City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
For a Renewed Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-444**

TX     PA     VA     SR     SRU

EFFECTIVE DATE OF REGISTRATION

1     28     05
Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: PEDNV KINGA

English translation: Against King

**b** DESCRIPTION OF THE WORK: *(Check one or more)*
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work

- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1974
Nation: YUGOSLAVIA

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address:     Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred *(if owner is not the author):*  assignment of all U.S rights

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
1-28-05 DVD/L

FUNDS RECEIVED

EXAMINED BY RG                                    FORM GATT

CHECKED BY

CORRESPONDENCE                                    FOR
☑ Yes                                            COPYRIGHT
                                                 OFFICE
                                                 USE
                                                 ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration: (see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                           Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☑ Same as space 4a.
                                                                                                              ☐ Same as space 9.

Area or country code and telephone number ▶ 310 . 478 . 6114    Email ▶ OFFICE B ADRIATICA    Fax number ▶ 310 478 6114

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one )

☐ Author
☒ Owner of U.S. copyright
☐ Agent of _____
                        (Name of author or owner of U.S. copyright)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name   ALEKSANDAR  PODARIC   Date: 10/04/05

Handwritten signature (X) ▼

**8**

Certificate will be mailed in a window envelope to this address:

Name ▼
Aleksandar Poparic
Number/Street/Apt ▼
9903 Santa Monica Blvd 149
City/State/ZIP/Nation ▼
Beverly Hills CA 90212

• Complete all necessary spaces
• Sign your application in space 8

1. Application form  3. Nonrefundable
   $30 filing fee in check or money order
   payable to Register of Copyrights
2. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-292-445

| TX | PA | VA | SR | RRU |

EFFECTIVE DATE OF REGISTRATION

1　28　05
Month　Day　Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1** **a** TITLE: DUSTI SNOVI

English translation: Barren Dreams

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2** **a** AUTHOR(S): Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1968
Nation: YUGOSLAVIA

**4** **a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address: Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (if owner is not the author):
assignment of all U.S. Rights

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
1/28/05 DVD/L

FUNDS RECEIVED

| EXAMINED BY | *P.F.T* | FORM GATT |
|---|---|---|
| CHECKED BY | | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration: *(see instructions)*

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                                  Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.    ☒ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310.478.6114    Email ▶ DEE@POPRANWGA    fax number ▶ 310.478.6114

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one )

☐ Author
☒ Owner of U.S. copyright
☐ Agent of _____

                                (Name of author or owner of U.S. copyright)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name: ALEKSANDAR. POPARIC    Date: 6/04/05

☞ Handwritten signature (X) ▼

*Poparic*

**9**

Certificate will be mailed in a window envelope to this address:

Name ▼
Aleksandar Poparic
Number/Street/Apt ▼
9903 Santa Monica Blvd 149
City/State/ZIP/Nation ▼
Beverly Hills CA 90212

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER:

PA 1-292-446

TX    (PA)    VA    SR    SRU
EFFECTIVE DATE OF REGISTRATION

| 10 | 6 | 05 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1**
a
TITLE: SARAJEVSKI ATENTAT

English translation: The Assassination Of Crown Prince Ferdinad

b
DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☒ architectural work
- ☐ sound recording, created in _____ (year)

**2**
a
AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

b
Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3**
YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1968
Nation: YUGOSLAVIA

**4**
a
OWNER(S) OF U.S. COPYRIGHT:
Name:
Aleksandar Poparic
Address: 9903 Santa Monica Blvd 149
Beverly Hills CA 90212



b
Means by which copyright ownership was transferred
(if claimant is not the author)

ASSIGnMEnT OF all U.S RIghTS.

APPLICATION RECEIVED
OCT 06 2005
DEPOSIT RECEIVED
OCT 06 2005
FUNDS RECEIVED
DVD/L

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☑ Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                                 Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.    ☒ Same as space 4a.    ○ Same as space 9.

Area or country code and telephone number ▶ 310 478 6114    Email ▶ popart@msn.com    Fax number ▶ 304786114

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)
☐ Author
☒ Owner of U.S. copyright
☐ Agent of _____
                        (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: ALEKSANDAR POPARIC    Date: (c) 04/00

Handwritten signature (X) ▼    Popart

**9**

Certificate will be mailed in window envelope to this address

Name ▼
Number/Street/Apt. ▼
City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
Form Renewal Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-447**

| TX | PA | VA | SR | SRU |

EFFECTIVE DATE OF REGISTRATION

| 1 | 28 | 05 |
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: SILOM OTAC

English translation: Father By Force

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1969
Nation: YUGOSLAVIA

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address:   Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (if owner is not the author):

assignment of all US Right

APPLICATION RECEIVED
OCT 06 2005

DEPOSIT RECEIVED
1.28.05 DVD/L

FUNDS RECEIVED

EXAMINED BY ~~RG~~    FORM GATT

CHECKED BY

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                    Account Number ▼

**7**

**CORRESPONDENCE:** Give the name and address to which correspondence about this application should be sent. ☒ Same as space 4a. ☐ Same as space 9.

Area or country code and telephone number ▶ 310.478.6114    Email ▶ FDLA@popmarwen    (Fax number ▶ 310.478.6114

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the (Check one):

☐ Author
☒ Owner of U.S. copyright
☐ Agent of _____
                    (Name of author or owner of U.S. copyright)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▶ ALEKSANDAR POPARIC    Date ▶ 6/04/05

☐ Handwritten signature (X) ▼
*Poparic*

**8**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

* Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼

Number/Street/Apt ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

City/State/ZIP/Nation ▼

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER:

**PA 1-292-443**

| TX | **PA** | VA | SR | SRU |

EFFECTIVE DATE OF REGISTRATION

1       28       05
March       Day       Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1** **a** TITLE: *SIROMA SAM AL' SAN BESAN*

English translation: *I'm Poor But Angry*

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☑ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2** **a** AUTHOR(S):
Name: *CENTAR FILM*
Citizenship (when work was created): *YUGOSLAVIA*
Domicile (when work was created):
Date of death:

**b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: *1970*
Nation: *YUGOSLAVIA*

**4** **a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Aleksandar Poparic
Address: 9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (If owner is not the author):

*assignment of all U.S. rights*

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
1/28/05   DVD/L

FUNDS RECEIVED

EXAMINED BY _____    FORM GATT

CHECKED BY

☑ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**5** LIMITATION OF COPYRIGHT: If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**6** PREVIOUS REGISTRATION: If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                    Account Number ▼

CORRESPONDENCE Give the name and address to which correspondence about this application should be sent.    ☒ Same as space 4a.
                                                                                                         ☐ Same as space 9.

Area or country code and telephone number ▶ 310. 478. 6114    Email ▶ OFFICE@johnuca.c  Fax number ▶ 310. 478. 6114

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the (Check one )
☐ Author
☒ Owner of U. S. copyright
☐ Agent of _____
                    (Name of author or owner of U.S. copyright)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: ALEKSANDAR POPARIC    Date: 6/04/05

☐ Handwritten signature (X) ▼
Poper K

**9**
Certificate
will be
mailed in
window
envelope to
this
address:

Name ▼
Aleksandar Poparic
Number/Street/Apt ▼
9903 Santa Monica Blvd 149
City/State/ZIP/Nation ▼
Beverly Hills CA 90212

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
For a Renewed Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-292-449

| TX | PA | VA | SR | SRU |

EFFECTIVE DATE OF REGISTRATION

| 1 | 28 | 05 |
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: *SPECIALNO VASPITANJE*

English translation: *Special Education*

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: *CENTAR FILM*
Citizenship (when work was created): *YUGOSLAVIA*
Domicile (when work was created):
Date of death:

**b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: *1977*

Nation: *YUGOSLAVIA*

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:

Address:
Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred
(if owner is not the author):

*assignment of all U.S. Rights*

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
1-28-05 DVD/L

FUNDS RECEIVED

EXAMINED BY                                                    FORM GATT

CHECKED BY

☑ CORRESPONDENCE                                         FOR
  Yes                                                   COPYRIGHT
                                                        OFFICE
                                                        USE
                                                        ONLY

*DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.*

**LIMITATION OF COPYRIGHT** If the registration does not extend to the entire work, describe the material that is covered by the registration:
*(see instructions)*

**5**

**PREVIOUS REGISTRATION** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not include credit card information on this form.
Name ▼                                                 Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☒ Same as space 4a.
                                                                                                             ☐ Same as space 9.

Area or country code and telephone number ▶ 310.478.6114    Email OFFICE@POPNAT.. Fax number 310 478 6114

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the (Check one)
☐ Author
☒ Owner of U.S. copyright
☐ Agent of
                                    (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▶ ALEKSANDAR POPARIC    Date ▶ 10/04/05

☞ Handwritten signature (X) ▼
   Popen M.

Certificate                  Name ▼
will be
mailed in a                                  Aleksandar Poparic
window                       Number/Street/Apt ▼    9903 Santa Monica Blvd 149
envelope to                                  Beverly Hills CA 90212
this
address:                     City/State/ZIP/Nation ▼

**9**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Renewed Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-450**

TX    PA    VA    SR    SRU

EFFECTIVE DATE OF REGISTRATION

2    7    05
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1**
**a** TITLE: SUNCOKRETI

English translation: Sunflowers

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2**
**a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1988
Nation: YUGOSLAVIA

**4**
**a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address:
Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (if claimant is not the author):

assignment of all U.S. Rights

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
2-7-05

FUNDS RECEIVED

EXAMINED BY ___ZG___                                      FORM GATT

CHECKED BY ___

CORRESPONDENCE                                            FOR
☐ Yes                                                    COPYRIGHT
                                                         OFFICE
                                                         USE
                                                         ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

LIMITATION OF COPYRIGHT: If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

PREVIOUS REGISTRATION: If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

DEPOSIT ACCOUNT: If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                   Account Number ▼

**7**

CORRESPONDENCE: Give the name and address to which correspondence about this application should be sent.   ☒ Same as space 4a.
                                                         ☐ Same as space 9.

Area or country code and telephone number ▶ 310.478. 6114    Email ▶ CFU68PORNATION    Fax number ▶ 310.478.6114

CERTIFICATION* I, the undersigned, hereby certify that I am the: (Check one)
☐ Author
☒ Owner of U.S. copyright
☐ Agent of _____
                        (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name: ALEKSANDAR POPARIC          Date: 10/04/05

☐ Handwritten signature (X) ▼    Popara

**9**

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

• Complete all necessary spaces
• Sign your application in space 8

1. Application form 2. Nonrefundable
$30 filing fee in check or money order
3. Deposit to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Renewal Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-452**

| TX | PA | VA | RE | SRU |

EFFECTIVE DATE OF REGISTRATION

| 1 | 28 | 05 |
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

## 1

**a** TITLE: *TAJVANSKA KANASTA*

English translation: *Taiwan Canasta*

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

## 2

**a** AUTHOR(S):
Name: *CENTAR FILM*
Citizenship (when work was created): *YUGOSLAVIA*
Domicile (when work was created):
Date of death:

**b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

## 3

YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: *1985*
Nation: *YUGOSLAVIA*

## 4

**a** OWNER(S) OF U.S. COPYRIGHT:
Name:

Address: Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred
(if owner is not the author)

*Assignment of all US Rights*



APPLICATION RECEIVED
OCT 06 2005

DEPOSIT RECEIVED
1-28-05

FUNDS RECEIVED

EXAMINED BY

CHECKED BY

FORM GATT

☑ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

LIMITATION OF COPYRIGHT: If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

PREVIOUS REGISTRATION: If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

DEPOSIT ACCOUNT If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                          Account Number ▼

**7**

CORRESPONDENCE Give the name and address to which correspondence about this application should be sent.  ☑ Same as space 4a.
                                                                                                          ☐ Same as space 9.

Area or country code and telephone number ▶ 310.478.6114   Email ▶ _____ Fax number ▶ 310.478 6114

CERTIFICATION* I, the undersigned, hereby certify that I am the: (Check one)

☐ Author
☑ Owner of U.S. copyright
☐ Agent of _____
                        (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: ALEKSANDAR POPARIC          Date: 10/04/05

Handwritten signature (X) ▶ Poparic

**8**

Certificate
will be
mailed in a
window
envelope to
this
address

Name ▼

Number/Street/Apt ▼

City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Renewal Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-453**

TX    PA    VA    SR    SRU

EFFECTIVE DATE OF REGISTRATION

2    7    05
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**1 a** TITLE: VUK SA PROKLETIJA

English translation: Wolf From Prokletije

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1968
Nation: YUGOSLAVIA

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address: Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred
(if owner is not the author):
assignment of all U.S. rights

APPLICATION RECEIVED
OCT 06 2005

DEPOSIT RECEIVED
2/7/05 DVD/L

FUNDS RECEIVED

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☑ Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If this registration does not extend to the entire work, describe the material that is covered by the registration
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. **Do not give credit card information on this form.**
Name ▼                                                                                    Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☑ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310 478 6114   Email ▶ .........   Fax number ▶ 310. 478. 6114

**CERTIFICATION*** I, the undersigned, hereby certify that I am the (Check one.)
☐ Author
☑ Owner of U. S. copyright
☐ Agent of _____
(Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▶ ALEKSANDAR POPARIC   Date: ▶ 10/04/05

☜ Handwritten signature (X) ▼ Popar A-

**8**

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

1. Application form  2. Nonrefundable
$30 filing fee in check or money order
payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER:

**PA 1-292-454**

| TX | PA | VA | SR | SRU |
|----|----|----|----|----|

**EFFECTIVE DATE OF REGISTRATION**

| 1 | 28 | 05 |
|---|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

## 1

**a** TITLE: ZASEDA

English translation: The Ambush

**b** DESCRIPTION OF THE WORK (Check one or more):
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

## 2

**a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

## 3

YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1969
Nation: YUGOSLAVIA

## 4

**a** OWNER(S) OF U.S. COPYRIGHT:
Name:

Address:
Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred
(if owner is not the author)

Assignment of all US Rights

APPLICATION RECEIVED
OCT 06 2005

DEPOSIT RECEIVED
1.28.05 DVD/L

FUNDS RECEIVED

EXAMINED BY _RG_                                          FORM GATT

CHECKED BY

CORRESPONDENCE                                           FOR
☑ Yes                                                    COPYRIGHT
                                                         OFFICE
                                                         USE
                                                         ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                   Account Number ▼

**7**

**CORRESPONDENCE:** Give the name and address to which correspondence about this application should be sent.   ☑ Same as space 4a.
                                                                                                                ☐ Same as space 9.

Area of country code and telephone number ▶ 310 478 6114   Email ▶ _____   Fax number ▶ 310 478 6114

**CERTIFICATION*.** I, the undersigned, hereby certify that I am the: (Check one).
☐ Author
☑ Owner of U.S. copyright
☐ Agent of _____
                        (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name: ALEKSANDAR POPARIC   Date: 6/14/05

Handwritten signature (X) ▼   Poparic

**9**

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-455**

TX    **PA**    VA    SR    SRU

EFFECTIVE DATE OF REGISTRATION

1    28    05
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: *ZEMALJSKI DANI TEKU*

English translation: *Earthly Days Pass*

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: *CENTAR FILM*
Citizenship (when work was created): *YUGOSLAVIA*
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: *1979*
Nation: *YUGOSLAVIA*

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:
Address: Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred (if owner is not the author):

*assignment of all U.S rights*

APPLICATION RECEIVED
OCT 06 2005

DEPOSIT RECEIVED
1-28-05

FUNDS RECEIVED

EXAMINED BY *RG*    FORM GATT

CHECKED BY

☑ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                                    Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.    ☐ Same as space 4a.
                                                                                                          ☐ Same as space 9.

Area or country code and telephone number ▶ 310 478 6114   Email ▶ Resue@ebmmx.org   Fax number ▶ 310 478 6114

**CERTIFICATION*.** I, the undersigned, hereby certify that I am the (Check one),
☐ Author
☒ Owner of U.S. copyright
☐ Agent of _____
                                    (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: ALEKSANDAR POPARIC    Date: 10/14/05

☐ Handwritten signature (X) ▼
Poparic

**8**

Certificate will be mailed in a window envelope to this address:

Name ▼
Number/Street/Apt ▼
City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

• Complete all necessary spaces
• Sign your application in space 8

1. Application form    3. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**form GATT**
Pare Renewed Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-292-455**

TX ___ (PA) ___ VA ___ SR ___ RRU
**EFFECTIVE DATE OF REGISTRATION**

1    3    05
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**1 a** TITLE: *ZUTA*

English translation: *Ginger*

**b** DESCRIPTION OF THE WORK: *(Check one or more)*
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: *CENTAR FILM*
Citizenship (when work was created): *YUGOSLAVIA*
Domicile (when work was created):
Date of death:

**b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: *(If work was published, give the year and nation in which it was first published.)*
Year: *1973*

Nation: *YUGOSLAVIA*

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name:

Address:    Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred *(if owner is not the author)*:

*assignment of all U.S Rights.*

APPLICATION RECEIVED
**OCT 06 2005**

DEPOSIT RECEIVED
1/3/05 DVD/L

FUNDS RECEIVED

EXAMINED BY _____      FORM GATT

CHECKED BY

☑ CORRESPONDENCE
    ☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by this registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                        Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent:    ☑ Same as space 4a.
                                                                 ☐ Same as space 9.

Area or country code and telephone number ▶ **310 428 6114**    Email ▶ PXLAR@hotmail.com   Fax number ▶ **310 428 6114**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the (Check one.)

☐ author
☑ Owner of U. S. copyright
☐ Agent of _____

**8**

                               (Name of author or owner of U.S. copyright)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▶ **ALEKSANDAR PODARIC**     Date ▶ **10/04/05**

   Handwritten signature (X) ▼
                *Popzn.c*

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼

Number/Street ▼

City/State/ZIP/Nation ▼

**Aleksandar Poparic**
**9903 Santa Monica Blvd 149**
**Beverly Hills CA 90212**

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-293-750**

| TX | TXU | VA | VAU | SRU |

EFFECTIVE DATE OF REGISTRATION

**OCT 12 2005**
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1**

a  TITLE: **DIVLJE SENKE**

English translation: **THE WILD SHADOWS**

b  DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2**

a  AUTHOR(S):
Name: **CENTAR FILM**

Citizenship (when work was created):
Domicile (when work was created): **YUGOSLAVIA**
Date of death:

b  Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3**

YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: **1967**

Nation: **YUGOSLAVIA**

**4**

a  OWNER(S) OF U.S. COPYRIGHT:
Name: **ALEKSANDAR POPARIC**

Address: **9903 SANTA MONICA 149**
**BEVERLY HILLS CA 90212**

b  Means by which copyright ownership was transferred
(if owner is not the author):

**ASSIGNMENT OF ALL U.S.**
**RIGHT**

APPLICATION RECEIVED
**JUN 17 2005**

DEPOSIT RECEIVED
**JUN 17 2005**    **DVD/L**

FUNDS RECEIVED
**OCT 12 2005**

| EXAMINED BY | VG | FORM GATT |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE · USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                        Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.  ☒ Same as space 4a.
                                                                                                                                      ☐ Same as space 9.

Area or country code and telephone number ▶ 310 478 6114    Email ▶ OFFICE@ROBNA.COM    Fax number ▶ 310 478 6114

**CERTIFICATION** I, the undersigned, hereby certify that I am the: (Check one )
☐ Author
☒ Owner of U. S. copyright
☐ Agent of _____
                              (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: Aleksandar Poparic                    Date: 05-23-05

☞ Handwritten signature (X) ▼

**8**

| Certificate will be mailed in a window envelope to this address: | Name ▼ ALEKSANDAR POPARIC 9903 SANTA MONICA 149 BEVERLY HILLS CA 90212 | |
| | Number/Street/Apt ▼ | |
| | City/State/ZIP/Nation ▼ | |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—20,000    Web Rev: August 2002    ☻ Printed on recycled paper

U.S. Government Printing Office: 2003-499-405/60,027

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

FORM GATT
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-293-751

1a    VAU    VA    SR    SRU

EFFECTIVE DATE OF REGISTRATION

OCT 12 2005

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1** **a**

TITLE: ZA SADA BEZ DOBROG NASLOVA

English translation:
FILM WITH NO NAME

**b** DESCRIPTION OF THE WORK: (Check one or more)

- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2** **a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created): YUGOSLAVIA
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1988
Nation: YUGOSLAVIA

**4** **a** OWNER(S) OF U.S. COPYRIGHT:
Name: ALEKSANDAR POPARIC
Address: 9303 SANTA MONICA 149
BEVERLY HILLS CA 90212

**b** Means by which copyright ownership was transferred
(If answer is not the author's)

ASSIGNMENT OF ALL US. RIGHTS

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
JUN 17 2005

DEPOSIT RECEIVED
JUN 17 2005   DVD/L

FUNDS RECEIVED
OCT 12 2005

| EXAMINED BY | RG | FORM GATT |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** if this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                              Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.  ☒ Same as space 4a.
                                                                                                          ☐ Same as space 9.

Area or country code and telephone number ▶ 310 478 6114   Email ▶ OFFICE@ECPNAHOUA.COM   Fax number ▶ 310 478 6114

**CERTIFICATION*** I, the undersigned, hereby certify that I am the (Check one):
☐ Author
☒ Owner of U.S. copyright
☐ Agent of _____
                        (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name ▶ Aleks Ender Poparc          Date: ▶ 05-23-05

☞ Handwritten signature (X) ▼

Alen

| | | | |
|---|---|---|---|
| Certificate will be mailed in a window envelope to this address: | Name ▼ | ALEKSANDAR POPARIC 9903 SANTA MONICA 149 BEVERLY HILLS CA 90212 | • Complete all necessary spaces • Sign your application at space 8 |
| | Number/Street/Apt ▼ | | 1. Application form 2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights 3. Deposit |
| | City/State/ZIP/Nation ▼ | | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000  Web Rev August 2003  ☉ Printed on recycled paper                                    U.S. Government Printing Office: 2003-499-605/60,020

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-293-752



TX        VA        SR        SRU
EFFECTIVE DATE OF REGISTRATION

OCT 12 2005
Month       Day       Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1**

**a** TITLE: DERVIS I SMRT

English translation: THE DERVISH AND DEATH

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2**

**a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created):
Domicile (when work was created): YUGOSLAVIA
Date of death:

**b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1974

Nation: YUGOSLAVIA

**4**

**a** OWNER(S) OF U.S. COPYRIGHT:
Name: ALEKSANDAR POPARIC
Address: 9903 SANTA MONICA 149
BEVERLY HILLS CA 90212

**b** Means by which copyright ownership was transferred
(if owner is not the author):

ASSIGNMENT OF ALL U.S
RIGHTS.

APPLICATION RECEIVED
JUN 17 2005

DEPOSIT RECEIVED
JUN 17 2005    DVD/L

FUNDS RECEIVED
OCT 12 2005

EXAMINED BY **KG**

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                    Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.    ☒ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310 478 6114    Email ▶ CPALE@ROBNADWGA    Fax number ▶ 310 478 6114
. CDM

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one )
☐ Author
☒ Owner of U.S. copyright
☐ Agent of _____
                        (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: Aleksandar Poparic        Date: 05-23-05

☐ Handwritten signature (X) ▼

Poparic

**8**

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼
Number/Street/Apt ▼
City/State/ZIP/Nation ▼

ALEKSANDAR POPARIC
9903 SANTA MONICA 149
BEVERLY HILLS CA 90212

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form 2. Nonrefundable
$30 filing fee in check or money order
payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-0000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—80,000   Web Rev: August 2003   ℗ Printed on recycled paper                                                    U.S. Government Printing Office: 2003-498-608/60,000

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-293-753**



| TX | PA | VA | SR | SRU |

EFFECTIVE DATE OF REGISTRATION

**OCT 12 2005**

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1**

**a** TITLE: NEMIRNI

English translation:

**b** THE RESTLESS ONES

DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2**

**a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created):
Domicile (when work was created): YUGOSLAVIA
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1967
Nation: YUGOSLAVIA

**4**

**a** OWNER(S) OF U.S. COPYRIGHT:
Name: ALEKSANDAR POPARIC
Address: 9903 SANTA MONICA 149
BEVERLY HILLS CA 90212

**b** Means by which copyright ownership was transferred (if owner is not the author):
ASSIGNMENT OF ALL U.S. RIGHTS

APPLICATION RECEIVED
JUN 17 2005

DEPOSIT RECEIVED
JUN 17 2005    DVD/L

FUNDS RECEIVED
OCT 12 2005

DO NOT WRITE HERE / OFFICE USE ONLY

| EXAMINED BY _Q.G._ | FORM GATT |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration.
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                          Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☒ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310 478 6114   Email ▶ OFFICE@ EDENALUGA .COM   Fax number ▶ 310 478 6114

**CERTIFICATION*** I, the undersigned, hereby certify that I am the (Check one )
☐ Author
☒ Owner of U. S. copyright
☐ Agent of _____
(Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name ▶ Aleg Euler Poparic   Date: 05-23-05

☐ Handwritten signature (X) ▼
_Poparic_

| Certificate will be mailed in a window envelope to this address: | Name ▼ ALEKSANDAR POPARIC |
|---|---|
| | Number/Street/Apt ▼ 9903 SANTA MONICA 149 |
| | City/State/ZIP/Nation ▼ BEVERLY HILLS CA 90212 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form 2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights 3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—20,000   Web Rev. August 2003   ⊕ Printed on recycled paper

U.S. Government Printing Office: 2003-499-605/60,101

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
Form Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-293-754**

TX　TXU　VA　SR　SRU

EFFECTIVE DATE OF REGISTRATION

**OCT 12 2005**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: **POSLEDNJA TRKA**

English translation:

**b** **THE LAST RACE**

DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):

Name: **CENTAR FILM**

Citizenship (when work was created):
Domicile (when work was created): **YUGOSLAVIA**
Date of death:

**b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)

Year: **1978**

Nation: **YUGOSLAVIA**

**4 a** OWNER(S) OF U.S. COPYRIGHT:

Name: **ALEKSANDAR POPARIC**

Address: **9903 SANTA MONICA 149**
**BEVERLY HILLS CA 90212**

**b** Means by which copyright ownership was transferred
(If owner is not the author):

**ASSIGNMENT OF ALL US RIGHTS**

APPLICATION RECEIVED

**JUN 17 2005**

DEPOSIT RECEIVED

**JUN 17 2005  DVD/L**

FUNDS RECEIVED

**OCT 12 2005**

EXAMINED BY KG

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                              Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.  ☒ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310 478 6114   Email ▶ OFFICE@COBRA.USA.COM   Fax number ▶ 310 478 6114

**CERTIFICATION*** I, the undersigned, hereby certify that I am the (Check one).
☐ Author
☒ Owner of U.S. copyright
☐ Agent of

**8**

(Name of author or owner of U.S. copyright)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: Aleksander Poparic          Date: 05-23-05

Handwritten signature (X) ▼
Pgroin

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼
Number/Street/Apt ▼
City/State/ZIP/Nation ▼

ALEKSANDAR POPARIC
9903 SANTA MONICA 149
BEVERLY HILLS CA 90212

• Complete all necessary spaces
• Sign your application in space 8

1. Application form   2. Nonrefundable
$30 filing fee in check or money order
payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
For a Renewed Work
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**PA 1-293-755**

TX        (PA)        VA        RE        SRU
EFFECTIVE DATE OF REGISTRATION

**OCT 12 2005**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON**

**1** **a** TITLE: DANI OD SNOVA

English translation:

DAYS OF DREAMS

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2** **a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created):
Domicile (when work was created): YUGOSLAVIA
Date of death:

**b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1980

Nation: YUGOSLAVIA

**4** **a** OWNER(S) OF U.S. COPYRIGHT:
Name:
ALEKSANDAR POPARIC
Address: 9903 SANTA MONICA 149
BEVERLY HILLS CA 90212

**b** Means by which copyright ownership was transferred
(if answer is not the author):

ASSIGNMENT OF ALL U.S. RIGHTS.

APPLICATION RECEIVED
JUN 17 2005

DEPOSIT RECEIVED
JUN 17 2005        DVD/L

FUNDS RECEIVED
OCT 12 2005

DO NOT WRITE HERE
OFFICE USE ONLY

| EXAMINED BY    ~~ ~~ | | FORM GATT |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration.
(see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                      Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☑ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ▶ 310 498 6114   Email ▶ OFFICE@ BOBNAPOLICA -COM   Fax number ▶ 310 478 6114

**CERTIFICATION** I, the undersigned, hereby certify that I am the (Check one)
☐ Author
☑ Owner of U. S. copyright
☐ Agent of
_____
(Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: Aleksandar Poparic   Date: 05-23-05

☞ Handwritten signature (X) ▼
Poparic

**8**

Certificate will be mailed in a window envelope to this address:

Name ▼

ALEKSANDAR POPARIC
9903 SANTA MONICA 149
BEVERLY HILLS CA 90212

Number/Street/Apt ▼

City/State/ZIP/Nation ▼

- Complete all necessary spaces
- Sign your application in space 8

1. Application form 2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights 3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—20,000   Web Rev. August 2003   ⊕ Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,021

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form GATT**
For a Renewed Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-293-756

| TX | PA | VA | SR | SRU |

EFFECTIVE DATE OF REGISTRATION

OCT 12 2005

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1**

**a** TITLE: OPKLADA

**b** English translation:
THE WATER

DESCRIPTION OF THE WORK: *(Check one or more)*
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2**

**a** AUTHOR(S):
Name: CENTAR FILM
Citizenship (when work was created):
Domicile (when work was created): YUGOSLAVIA
Date of death:

**b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3**

YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1970

Nation: YUGOSLAVIA

**4**

**a** OWNER(S) OF U.S. COPYRIGHT:
Name:
ALEKSANDAR POPARIC
9903 SANTA MONICA 149
Address: BEVERLY HILLS CA 90212

**b** Means by which copyright ownership was transferred (If owner is not the author):
ASSIGNMENT OF ALL U.S. RIGHTS.

APPLICATION RECEIVED
JUN 17 2005
DEPOSIT RECEIVED
JUN 17 2005 DVD/L

FUNDS RECEIVED
OCT 12 2005

EXAMINED BY _____    FORM GATT

CHECKED BY _____

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration: (see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                          Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent. ☐ Same as space 4a.
                                                                                      ☐ Same as space 9.

Area or country code and telephone number ▶ 310 478 6114    Email ▶ OFFICE@ROBNACUGA.COM    Fax number ▶ 310 478 6114

**CERTIFICATION** I, the undersigned, hereby certify that I am the (Check one)
☐ Author
☐ Owner of U.S. copyright
☐ Agent of _____
                    (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name ▶ Aleksandar Poparic                    Date: 05-23-05

☐ Handwritten signature (X) ▼

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼
ALEKSANDAR POPARIC
Number/Street/Apt ▼
9903 SANTA MONICA 149
City/State/ZIP/Nation ▼
BEVERLY HILLS CA 90212

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call 202-707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—80,000    Web Rev: August 2003    ♻ Printed on recycled paper                    U.S. Government Printing Office: 2003-496-605/60,030

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form GATT**
Fore Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-296-907

PA        CFR      VA      SR      RBU

**EFFECTIVE DATE OF REGISTRATION**

1      28      05
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1** **a** TITLE: *EROGENA ZONA*

English translation: *Erogenous Zone*

**b** DESCRIPTION OF THE WORK: *(Check one or more)*
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☒ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2** **a** AUTHOR(S):
Name: *CENTAR FILM*
Citizenship (when work was created): *YUGOSLAVIA*
Domicile (when work was created):
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: *1980*

Nation: *YUGOSLAVIA*

**4** **a** OWNER(S) OF U.S. COPYRIGHT:
Name:

Address:       Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**b** Means by which copyright ownership was transferred
*(if owner is not the author)*

*ASSIGNMENT OF ALL U.S RIGHTS.*

APPLICATION RECEIVED
OCT 0 6 2005

DEPOSIT RECEIVED
*DVD/L*
1-28-05

FUNDS RECEIVED

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☑ Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

LIMITATION OF COPYRIGHT: If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

PREVIOUS REGISTRATION: If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

DEPOSIT ACCOUNT: If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                                    Account Number ▼

**7**

CORRESPONDENCE Give the name and address to which correspondence about this application should be sent.    ☑ Same as space 4a.
☐ Same as space 9.

Area or country code and telephone number ► 310 478 8114        Email                                number ► 310 478 8114

CERTIFICATION* I, the undersigned, hereby certify that I am the: (Check one)
☐ Author
☑ Owner of U.S. copyright
☐ Agent of
(Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name: ALEKSANDAR POPARIC        Date: 10/04/05

☞ Handwritten signature (X) ▼

Poparic

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP/Nation ▼

Aleksandar Poparic
9903 Santa Monica Blvd 149
Beverly Hills CA 90212

**9**

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—20,000    Web Rev. August 2003    ⊛ Printed on recycled paper        U.S. Government Printing Office: 2003-493-605/60,030