# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Aleksander Poparic<br><br>v.<br><br>Lincoln Square Video, et al. | FILED: JUNE 18, 2008<br>08CV3491<br>JUDGE KOCORAS<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff    PH

| | |
|---|---|
| NAME (Type or print)<br>Kimberly A. Carr | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *Kimberly A. Carr* | |
| FIRM Best, Vanderlaan & Harrington | |
| STREET ADDRESS<br>25 E. Washington Street, Suite 210 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6272033 | TELEPHONE NUMBER<br>312/819-1100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |