## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Aleksander Poparic | FILED: JUNE 18, 2008 |
| v. | 08CV3491 |
| | JUDGE KOCORAS |
| Lincoln Square Video, et al. | MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PH
Plaintiff

| |
|---|
| NAME (Type or print)<br>Erin Buck Kaiser |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *Erin Buck Kaiser* |
| FIRM Best, Vanderlaan & Harrington |
| STREET ADDRESS<br>25 E. Washington Street, Suite 210 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6285829 | TELEPHONE NUMBER<br>312/819-1100 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |