# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Aleksander Poparic

                         Plaintiff,

v.                                         Case No.: 1:08–cv–03491
                                                  Honorable Charles P. Kocoras

Lincoln Square Video, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:David N. Tarlow's application [7] for leave to appear pro hac vice as counsel for plaintiff is granted. Attorney David N. Tarlow for Aleksander Poparic added. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.